UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG<br><br>Plaintiff,<br><br>v.<br><br>DOES 1 – 2,094<br><br>Defendants. | No. 1:10-cv-00453-RMC |

**STIPULATED EXTENSION OF DEADLINE TO FILE MOTION TO QUASH**

WHEREAS, the Court has set a deadline of thirty (30) days from the date of service of a Rule 45 subpoena for Internet Service Providers (ISPs) to file motions to quash; and

WHEREAS, Plaintiff Achte/Neunte Boll Kino Beteiligungs GMBH & Co KG ("Achte") served Comcast Cable Communications ("Comcast") with a Rule 45 subpoena on April 12, 2010; and

WHEREAS, Achte and Comcast have been diligently working to amicably resolve their dispute with regard to the subpoena; and

WHEREAS, the parties believe that given additional time they may be able to resolve their discovery related issues without judicial intervention; and

WHEREAS, as a result, Achte and Comcast have agreed that the deadline for filing motions to quash should be extended until May 19, 2010; and

THEREFORE, in light of the foregoing, the parties have stipulated to an extension and now respectfully request that the Court extend the filing deadline until May 19, 2010.

Dated: May 10, 2010                            Respectfully submitted,

DUNLAP, GRUBB & WEAVER PLLC          DAVIS WRIGHT TREMAINE LLP

By /s/                                                      By /s/
Thomas M. Dunlap (D.C. Bar No. 471319)   John D. Seiver (D.C. Bar No. 296418)
Nicholas A. Kurtz (D.C. Bar No. 980091)    1919 Pennsylvania Ave., NW, Suite 200
1200 G Street, NW Suite 800                     Washington, DC 20006
Washington, DC 20005                              Telephone: 202.973.4212
Telephone:  202.316.8558                          Fax: 202.973.4412
Facsimile:  202.318.0242                           Email: johnseiver@dwt.com
Email: tdunlap@dglegal.com
          nkurtz@dglegal.com                       *Attorneys for Non-Party Comcast Cable Communications*

*Attorneys for Plaintiff Achte/Neunte Boll Kino Beteiligungs GMBH & CO KG*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG )<br><br>Plaintiff, )<br><br>v. )<br><br>DOES 1 – 2,094 )<br><br>Defendants. ) | No. 1:10-cv-00453-RMC |

## ORDER

Before the Court is Non-Party Comcast Cable Communications' ("Comcast") and Plaintiff's Stipulated Extension of Deadline to File Motion to Quash. Upon review of the motion and the entire record it is ORDERED that the motion is GRANTED and the deadline for Non-Party Comcast to file a motion to quash the Rule 45 subpoena served on April 12, 2010 is hereby extended to May 19, 2010.


Date:_____          _____
                                    Rosemary M. Collyer
                                    United States District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 10, 2010, a true and correct copy of the foregoing STIPULATED EXTENSION OF DEADLINE TO FILE MOTION TO QUASH was sent via e-mail to the following:

        John D. Seiver (D.C. Bar No. 296418)
        DAVIS WRIGHT TREMAINE LLP
        1919 Pennsylvania Ave., NW, Suite 200
        Washington, DC 20006
        Telephone: 202.973.4212
        Fax: 202.973.4412
        Email: johnseiver@dwt.com

        *Attorneys for Non-Party Comcast Cable Communications*

        /s/ Nick Kurtz
        Nicholas A. Kurtz

Case 1:10-cv-00453-RMC   Document 7   Filed 05/10/10   Page 4 of 4