UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG<br>Wormserstrasse 173<br>D-55130 Mainz, Germany<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1 – 2,094<br><br>    Defendants. | **APPEARANCE**<br><br>No. 1: -cv-00453-RMC |

To the Clerk of this Court and All Parties of Record:

Please enter the appearance of Christian Genetski as counsel in this case for Cablevision Systems Corporation.

Date: May 11, 2010

Respectfully submitted,

ZWILLINGER GENETSKI LLP

By *Christian Genetski*
Christian Genetski (D.C. Bar No. 4718460)
1705 N Street, NW
Washington, DC 20036
Telephone: 202.296.3585
Fax: 202.706.5298

*Attorney for Non-Party Cablevision Systems Corp.*

DC\1296556.3