## CERTIFICATE OF SERVICE

I, Alexander Maltas, hereby certify that on May 11, 2010, I served a copy of the foregoing Motion of Third Party Time Warner Cable Inc. to Quash or Modify Subpoena via First Class U.S. mail, on the following:

>Thomas M. Dunlap
>Dunlap, Grubb & Weaver
>199 Liberty St., SW
>Leesburg, VA 20175-2175

_____
Alexander Maltas