# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACHTE/NEUNTE BOLL KINO<br>BETEILIGUNGS GMBH & CO KG<br>Wormserstrasse 173<br>D-55130 Mainz, Germany<br><br>  Plaintiff,<br><br>v.<br><br>DOES 1 – 2,094<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:10-cv-00453-RMC |

## ORDER

Before the Court is the motion of third party Time Warner Cable Inc. (TWC) to quash or modify the Rule 45 subpoena that plaintiff served on TWC. Upon review of the motion and the entire record it is ORDERED that the motion is GRANTED and the subpoena issued to TWC is [QUASHED] [MODIFIED as follows: (1) TWC need not provide identifying information for more than 28 IP addresses per month combined for all cases filed by Dunlap Grubb and Weaver, and the subpoena return date is extended consistent with that limitation; (2) plaintiff is ordered to pay, in advance, TWC's reasonable costs for looking up identifying information and notifying subscribers, including costs for each IP address looked up; and (3) plaintiff may not seek identifying information relating to IP addresses not identified in its complaint.]

Date:_____      _____

                    Rosemary M. Collyer
                    United States District Judge