## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG**     )<br>    )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>**DOES 1 – 4,577**    )<br>    )<br>    Defendants.    )<br>_____)  | CA. No. 1:10-cv-00453-RMC<br><br>**Next Deadline: N/A** |

### NOTICE OF APPEARANCE

To the Clerk of this Court and to all interested parties:

Please note that Nicholas A. Kurtz of Dunlap, Grubb & Weaver, PLLC hereby enters his formal appearance as counsel for Plaintiff in the above-entitled case.

                                      Respectfully Submitted,

                                      ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG

**DATED**:  May 13, 2010

                             By:   /s/ Nick Kurtz
                                      Nicholas A. Kurtz (D.C. Bar # 980091)
                                      DUNLAP, GRUBB & WEAVER, PLLC
                                      1200 G Street, NW Suite 800
                                      Washington, DC 20005
                                      Telephone: 202-316-8558
                                      Facsimile: 202-318-0242
                                      nkurtz@dglegal.com
                                      *Attorneys for the Plaintiff*