## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

_____
ACHTE/NEUNTE BOLL KINO               )
BETEILIGUNGS GMBH & CO KG            )
Wormserstrasse 173                   )
D-55130 Mainz, Germany               )
                                     )
  Plaintiff,               )
                                     )
v.                                   )  No. 1:10-cv-00453-RMC
                                     )
DOES 1 – 2,094                       )
                                     )
  Defendants.              )
_____)

## CONSENT MOTION FOR A SECOND EXTENSION
## OF DEADLINE TO FILE MOTION TO QUASH

WHEREAS, the Court has set a deadline of May 19, 2010 for Internet Service Providers (ISPs) to file motions to quash a Rule 45 Subpoena; and

WHEREAS, Plaintiff Achte/Neunte Boll Kino Beteiligungs GMBH & Co KG ("Achte") served Cablevision Systems, Corp. ("Cablevision") with a Rule 45 subpoena on April 12, 2010; and

WHEREAS, Achte and Cablevision have been diligently working towards and are close to reaching an amicable resolution of their dispute with regard to the subpoena; and

WHEREAS, the parties believe that given additional time they may be able to resolve their discovery related issues without judicial intervention; and

WHEREAS, as a result, Achte and Cablevision have agreed that the deadline for filing motions to quash should be extended until May 31, 2010; and

THEREFORE, in light of the foregoing, the parties now respectfully request that the

Court extend the filing deadline until May 31, 2010.

Date: May 19, 2010                                    Respectfully submitted,

DUNLAP, GRUBB & WEAVER PLLC          ZWILLINGER GENETSKI LLP

By /s/_____          By /s/_____
Thomas M. Dunlap (D.C. Bar No. 471319)    Christian Genetski (D.C. Bar No. 4718460)
Nicholas A. Kurtz (D.C. Bar No. 980091)    1705 N Street, NW
1200 G Street, NW Suite 800            Washington, DC 20036
Washington, DC 20005                  Telephone: 202.296.3585
Telephone:  202.316.8558              Fax: 202.706.5298
Facsimile:  202.318.0242
Email: tdunlap@dglegal.com            *Attorneys for Non-Party Cablevision*
                                      *Systems, Corp.*

*Attorneys for Plaintiff Achte/Neunte Boll*
*Kino Beteiligungs GMBH & CO KG*

### UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO ) | |
| BETEILIGUNGS GMBH & CO KG ) | |
| Wormserstrasse 173 ) | |
| D-55130 Mainz, Germany ) | |
| ) | |
|      Plaintiff, ) | |
| ) | |
| v. ) | No. 1:10-cv-00453-RMC |
| ) | |
| DOES 1 – 2,094 ) | |
| ) | |
|      Defendants. ) | |
| ) | |

### [PROPOSED] ORDER

Before the Court is Non-Party Cablevision Systems Corp. ("Cablevision") and Plaintiff's Consent Motion for a Second Extension of Deadline to File Motion to Quash.  Upon review of the motion and the entire record it is ORDERED that the motion is GRANTED and the deadline for Non-Party Cablevision to file a motion to quash the Rule 45 subpoena served on April 12, 2010 is hereby extended to May 31, 2010.

Date:_____

_____
Rosemary M. Collyer
United States District Judge