William J. Wright
P.O. Box 1442
Coos Bay, OR 97420
May 24, 2010

United States District Court for the
District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.  Room 1225
Washington, D.C. 20001



Re: *Achte/Neute Boll Kino Beteiligungs GMBH & Co. KG v. Does 1-2,094:* CA No.1:10-cv-00453-RMC.  " Court order demanding identity information regarding your charter high-speed account".

Dear Sir or Madam

Please be advised that my wife and I strongly and formally oppose the release of our information called for by the U.S. District Court for the District of Colunbia.

My wife and I are both 69 years of age and the only occupants of this location.  Charter personnel installed the high speed equipment for our internet connection and we have made no modifications to it.  If it had any features that made it vulnerable to "hacking", we had no knowledge of that.  This technology is way above our abilities to deal with.

Respectfully

*William J. Wright*
William J. Wright
email: wrightcb@charter.net
Phone: 541 267 2588