Hon. Rosemary M. Collyer
United States District Judge
U.S. District Court
333 Constitution Ave
N.W. Washington D.C. 20001

*Let this be filed*
*RM Collyer*
*6/1/10*

Re: CA No. 1:10-ev-00453-RMC
Elise Buel Confidential Internet Information

I wish to respectfully file my objection to any of my confidential information provided to the plaintiff pursuant to this case.

At no time was my computer used to download neither the item in question nor any other unlawful download. My computer IP address and MAC codes were not used for such actions and they do not match those provided.

Beyond this I do not have internet access through Charter.

Therefore I do not wish any confidential information Charter may have shared with any third party.

*Elise Buel*
Elise Buel

19 MAY 2010