# EXHIBIT 1

| | |
|---|---|
| From: | Maltas, Alexander (DC) |
| Sent: | Thursday, May 13, 2010 6:08 PM |
| To: | Jeffrey Weaver |
| Cc: | Thomas M. Dunlap |
| Subject: | RE: Subpoenas to Time Warner Cable |

Jeff,

We could go up to 45 IP address lookups per month collectively for all cases filed by your firm already or filed in the next year, including subpoenas issued by other firms in these cases. That number represents a substantial concession by TWC and will really tax its compliance team. We are making that offer in the interest of resolving this dispute without judicial intervention, but I want you to realize that it will impose a significant burden on TWC.

- Alexi


**From:** Jeffrey Weaver [mailto:jweaver@dglegal.com]
**Sent:** Thursday, May 13, 2010 4:26 PM
**To:** Maltas, Alexander (DC)
**Cc:** Thomas M. Dunlap
**Subject:** RE: Subpoenas to Time Warner Cable

Hello Alexi-
We could get our clients to agree to come down to 92 collectively, and it would include all suits filed by our law firm over the next 12 months.

Best Regards,

Jeffrey W. Weaver



www.dglegal.com

199 Liberty St. SW
Leesburg, VA 20175
Phone: (703) 777-7319 / (202) 316-8558
Fax: (703) 777-3656 / (202) 318-0242

This electronic message contains information from Dunlap, Grubb & Weaver and may be confidential or privileged. If you are not the intended recipient; any disclosure, copying, or use of the contents is prohibited. If you have received this e-mail in error, please notify us and delete the message without copying or disclosing it. Attorneys in our firm are licensed to practice law in all of the state and federal courts of VA, MD, DC, FL, NY, NJ, Bankruptcy Courts, US Tax Court, TTAB, FAA and the US Supreme Court. Subscribe to our IP newsletter

---

**From:** Alexander.Maltas@lw.com [mailto:Alexander.Maltas@lw.com]
**Sent:** Thursday, May 13, 2010 3:46 PM
**To:** Jeffrey Weaver
**Cc:** Thomas M. Dunlap
**Subject:** RE: Subpoenas to Time Warner Cable

1

Jeff,

I disagree with your characterization of the agreement. But as for your proposal, Time Warner Cable could go as high as 36 IP addresses per month for all of your cases combined. This would have to include the 25,000 defendant case you mentioned the other day, as well as future-filed cases involving your firm. And subpoenas from other law firms in cases in which you are involved would count against the cap. Let me know if you agree to these terms.

- Alexi


**From:** Jeffrey Weaver [mailto:jweaver@dglegal.com]
**Sent:** Thursday, May 13, 2010 3:05 PM
**To:** Maltas, Alexander (DC)
**Cc:** Thomas M. Dunlap
**Subject:** RE: Subpoenas to Time Warner Cable

Alexi-
We re-read the emails and disagree that there was any kind of contract between our firm and your client to limit the IP addresses to 28 per month, except for the first 2 films. In fact, a third of our current clients weren't even clients of ours as of the time the "deal" you allege was supposedly made. How would it be possible for our firm to bind future clients to a deal limiting the volume of IP addresses, and their resulting ability to protect their rights, without their knowledge, consent, or even having the contractual capacity to do so? That is simply not possible that we could limit the volume of contact information that a non-client wanted to subpoena.

That said, you asked the other day on the phone what kind of volume we were seeking, and I declined to suggest anything without speaking with our clients. I just confirmed with current clients about the least volume of IP addresses to be submitted by subpoena to Time Warner on a monthly basis. Collectively, we got our clients to agree to a total (coming from our firm) of 100 per month, which we would pro-rate among their respective cases, at your client's current $32.50/address rate. We would commit to this for a year and revisit it then. We would also let future clients know that if we represent them, they too would be bound to this agreement we have made if they engaged our firm.

Can you please discuss this with your client and see if an agreement on these terms would be acceptable? Thanks,

Best Regards,

Jeffrey W. Weaver



www.dglegal.com

199 Liberty St. SW
Leesburg, VA 20175
Phone: (703) 777-7319 / (202) 316-8558
Fax: (703) 777-3656 / (202) 318-0242

This electronic message contains information from Dunlap, Grubb & Weaver and may be confidential or privileged. If you are not the intended recipient; any disclosure, copying, or use of the contents is prohibited. If

2

you have received this e-mail in error, please notify us and delete the message without copying or disclosing it. Attorneys in our firm are licensed to practice law in all of the state and federal courts of VA, MD, DC, FL, NY, NJ, Bankruptcy Courts, US Tax Court, TTAB, FAA and the US Supreme Court. Subscribe to our IP newsletter

---

**From:** Alexander.Maltas@lw.com [mailto:Alexander.Maltas@lw.com]
**Sent:** Tuesday, May 11, 2010 11:26 AM
**To:** Nicholas Kurtz
**Cc:** Thomas M. Dunlap; Jeffrey Weaver
**Subject:** RE: Subpoenas to Time Warner Cable

I could talk at noon eastern or 2 pm eastern if either of those times would work. There are court orders limiting the time by which to file motions to quash, so I am not sure that a stipulation will adequately protect us, but we can discuss on the call.

- Alexi


**From:** Nicholas Kurtz [mailto:nkurtz@dglegal.com]
**Sent:** Tuesday, May 11, 2010 11:16 AM
**To:** Maltas, Alexander (DC)
**Cc:** Thomas M. Dunlap; Jeffrey Weaver
**Subject:** RE: Subpoenas to Time Warner Cable

Alexi,

Are you available later today to discuss? If you can tell us what the issues are, we can have a more meaningful conversation.

Also, we are willing to enter into a stipulation extending the time by which Time Warner must file a motion to quash, giving both sides more time to meet and confer regarding the subpoenas. If that is acceptable for you and your client, please let me know.

Best regards,
Nick


**From:** Alexander.Maltas@lw.com [mailto:Alexander.Maltas@lw.com]
**Sent:** Tuesday, May 11, 2010 10:25 AM
**To:** Thomas M. Dunlap
**Subject:** Subpoenas to Time Warner Cable

Tom,

I've left three voice mail messages for you regarding the subpoenas that you served on Time Warner Cable/RoadRunner. We are preparing a motion to quash the subpoenas. I'd like to confer with you about the

motion but have been unable to reach you. At this point, we are planning to file our motions today. Please give me a call – (202) 637-2295.

- Alexi Maltas

**Alexander Maltas**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Direct Dial: +1.202.637.2295
Fax: +1.202.637.2201
Email: alexander.maltas@lw.com
http://www.lw.com

***************************************************************
To comply with IRS regulations, we advise you that any discussion of Federal tax issues
in this
e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid
any penalties
imposed under the Internal Revenue Code or (ii) to promote, market or recommend to
another party any
transaction or matter addressed herein.

For more information please go to  http://www.lw.com/docs/irs.pdf
***************************************************************

This email may contain material that is confidential, privileged and/or attorney work
product for
the sole use of the intended recipient.  Any review, reliance or distribution by others
or forwarding
without express permission is strictly prohibited.  If you are not the intended
recipient, please
contact the sender and delete all copies.

Latham & Watkins LLP

4