# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 10-453 (RMC) |
| **DOES 1 - 4,577,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

For the reasons stated on the record in court on June 30, 2010, it is hereby

**ORDERED** that the motion of Time Warner Cable Inc. ("TWC") to quash or modify the subpoena issued pursuant to Federal Rule of Civil Procedure 45 [Dkt. # 13] is **GRANTED**; and it is

**FURTHER ORDERED** that the subpoena issued to TWC is **MODIFIED** as follows:

(1) TWC shall provide identifying information for a minimum of 28 IP addresses per month combined for IP addresses related to *West Bay One, Inc. v. Does 1 - 2000*, Civ. No. 10-481 and *Achte/Neutnte Boll Kino Beteiligungs GMBH & Co. KG v. Does 1 - 4,577*, Civ. No. 10-453, and the subpoena return date is extended consistent with that limitation;

(2) Plaintiff shall pay TWC's reasonable costs for looking up identifying information and notifying subscribers, including costs for each IP address looked up, within thirty

days after receiving TWC's bill for the same; and

(3) Plaintiff may not seek identifying information relating to IP addresses not already identified in the First Amended Complaint [Dkt. # 12] without prior Court approval.

**SO ORDERED**.

Date:  July 2, 2010                              _____/s/_____
                                                         ROSEMARY M. COLLYER
                                                         United States District Judge