**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ACHTE/NEUNTE BOLL KINO** **BETEILIGUNGS GMBH & CO KG,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **Civil Action No. 10-453 (RMC)** |
| **DOES 1 - 4,577,** | ) ) ) | |
| **Defendants.** | ) ) ) | |

**ORDER**

For the reasons stated on the record in court on June 30, 2010, it is hereby

**ORDERED** that Plaintiff's motion [Dkt. # 31] to strike supplemental affidavit [Dkt. # 30] is **DENIED**; and it is

**FURTHER ORDERED** that the Court's order to show cause issued June 7, 2010, is **DISCHARGED**; and it is

**FURTHER ORDERED** that, at this juncture, the numerous Doe Defendants are not severed due to misjoinder, but they may be severed in the future; and it is

**FURTHER ORDERED** that the return date for all subpoenas for which returns have not been made is hereby **SUSPENDED** pending further order of the Court; and it is

**FURTHER ORDERED** that no later than July 15, 2010, Plaintiff, amici filers, and Time Warner Cable shall file a joint proposed notice to be provided by internet service providers who are the subject of the subpoenas in this case to their customers who are associated with the

4,577 IP addresses set forth in Exhibit A to the First Amended Complaint [Dkt. # 12]; and it is

**FURTHER ORDERED** that Plaintiffs shall not seek identifying information relating

to IP addresses not already identified in  the First Amended Complaint [Dkt. # 12] without prior

approval of the Court.

**SO ORDERED**.


Date:   July 2, 2010                              _____/s/_____
                                                  ROSEMARY M. COLLYER
                                                  United States District Judge