UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA. No. 1:10-cv-00453-RMC |
| ) | |
| **DOES 1 – 4,577** ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CONSENT MOTION TO WITHDRAW PAGES 1-2 OF DOC. NO. 35 (LETTER**

**MOTION TO QUASH SUBPOENA)**

The parties hereby move to withdraw the motion to quash the subpoena served on Charter Communications, Inc. filed in the form of a May 18, 2010 letter to the court by counsel for one of the Doe Defendants (Hunter S. Freeman of the McNair Law Firm).  [Doc. No. 35, pp. 1-2] Good cause exists to withdraw the motion, as the parties have reached an amicable resolution of this matter.  This consented withdrawal does not affect the remainder of Doc. No. 35, which is a letter motion to quash the Charter subpoena filed by an anonymous Doe Defendant on or about May 18, 2010.  [Doc. No. 35, pp. 3-5]

Date: August 6, 2010                                          Respectfully submitted,

DUNLAP, GRUBB & WEAVER PLLC          MCNAIR LAW FIRM, P.A.

By   /s/                                                              By   /s/
Thomas M. Dunlap (D.C. Bar No. 471319)       Hunter S. Freeman
Nicholas A. Kurtz (D.C. Bar No. 980091)         McNair Law Firm, P.A.
1200 G Street, NW Suite 800                             Poinsett Plaza, 104 South Main St., Ste. 700
Washington, DC 20005                                      Greenville, SC 29601
Telephone:  202.316.8558                                 Telephone: 864.271.4940
Facsimile:  202.318.0242                                  Facsimile: 864.271.4015
Email: tdunlap@dglegal.com                            Email: hfreeman@mcnair.net
            nkurtz@dglegal.com

*Attorneys for Plaintiff Achte/Neunte Boll*          *Attorneys for Moving Party Doe Defendant*
*Kino Beteiligungs GMBH & CO KG*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2010, a true and correct copy of the foregoing CONSENT MOTION TO WITHDRAW PAGES 1-2 OF DOC. NO. 35 (LETTER MOTION TO QUASH SUBPOENA) was sent via first-class mail as follows:

            Hunter S. Freeman
            McNair Law Firm, P.A.
            Post Office Box 447
            Greenville, SC 29802

      I hereby certify that on August 6, 2010, a true and correct copy of the foregoing CONSENT MOTION TO WITHDRAW PAGES 1-2 OF DOC. NO. 35 (LETTER MOTION TO QUASH SUBPOENA) was sent via electronic mail as follows:

            Anonymous Doe Defendant via cycypher2000@yahoo.com

                                      /s/ Nick Kurtz
                                      Nicholas A. Kurtz