UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | CA. No. 1:10-cv-00453-RMC |
| ) | |
| DOES 1 – 4,577 ) ) | |
| Defendants. ) ) | |

## [~~PROPOSED~~] ORDER GRANTING CONSENT MOTION TO WITHDRAW PAGES 1-2 OF DOC. NO. 35 (LETTER MOTION TO QUASH SUBPOENA)

The Court having considered the parties' motion to withdraw the motion to quash the subpoena served on Charter Communications, Inc. filed in the form of a May 18, 2010 letter to the court by counsel for one of the Doe Defendants (Hunter S. Freeman of the McNair Law Firm) [Doc. No. 35, pp. 1-2];

ORDERED, good cause having been shown, the motion to quash shall be withdrawn an no further filings or orders shall issue regarding the motion. This Order does not affect the remainder of Doc. No. 35, which is a letter motion to quash the Charter subpoena filed by an anonymous Doe Defendant on or about May 18, 2010. [Doc. No. 35, pp. 3-5]

Dated: 9 August 2010

_____
Hon. Rosemary M. Collyer
United States District Judge