# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG,** ) ) ) ) **Plaintiff,** ) ) v. ) ) **DOES 1 - 4,577,** ) ) ) **Defendants.** ) ) | Civil Action No. 10-453 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the motions to quash subpoena filed by Randy Ansell [Dkt. # 15], William Wright [Dkt. # 20], Elise Buel [Dkt. # 21], and John Doe [Dkt. # 35] are **DENIED**; and it is

**FURTHER ORDERED** that the Clerk shall **UNSEAL** Mr. Doe's motion to quash [Dkt. # 35].

**SO ORDERED**.

Date:  September 10, 2010            _____/s/_____
                                     ROSEMARY M. COLLYER
                                     United States District Judge