UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 – 4,577 <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CA. 1:10-cv-00453-RMC <br> ) <br> ) <br> ) Next Deadline: N/A <br> ) <br> ) |

*Leave to file GRANTED* /s/ RMC 9/13/10

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all Parties of record:

I, Tuna Mecit, am admitted or otherwise authorized to practice in this Court, and I appear in this case of counsel for the following Moving Defendants:

John Doe15 identified by IP address 24.8.197.179
John Doe 16 identified by IP address 98.228.180.130
John Doe 33 identified by IP address 98.194.244.114
John Doe 34 identified by IP address 75.75.98.29
John Doe 35 identified by IP address 76.114.128.118
John Doe 36 identified by IP address 68.12.146.153

Date: 9/10/2010

/s/ Tuna Mecit
Tuna Mecit
D.C. Bar No.: 493947
USDC for DC Bar No.: MD 27656
Washington, D.C. 20016
Tel.: (202) 744-2443
Fax: (202) 237-5383
Email: tmecit@gmail.com

RECEIVED
SEP 10 2010
Clerk, U.S. District and
Bankruptcy Courts