# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CA. 1:10-cv-00453-RMC |
| DOES 1 – 4, 577 | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all Parties of record,

I, Carey N. Lening, am admitted or otherwise authorized to practice in this Court, and I appear in this case of counsel for the following Moving Defendants:

| | |
|---|---|
| Pat Doe | 24.253.45.84 |
| John Doe 2 | 76.126.176.26 |
| John Doe 3 | 98.234.169.52 |
| John Doe 4 | 68.63.76.177 |
| John Doe 5 | 98.244.108.142 |
| John Doe 6 | 76.105.202.30 |
| John Doe 7 | 24.19.133.121 |
| John Doe 8 | 98.215.215.68 |
| John Doe 9 | 98.232.152.166 |
| John Doe 10 | 98.232.14.47 |
| John Doe 11 | 98.166.240.65 |
| John Doe 12 | 67.170.74.82 |
| John Doe 13 | 24.7.185.157 |
| John Doe 14 | 71.202.253.148 |
| John Doe 21 | 67.185.180.15 |
| John Doe 22 | 76.121.211.115 |
| John Doe 23 | 67.171.17.71 |
| John Doe 24 | 98.203.134.206 |

| | |
|---|---|
| John Doe 25 | 76.104.162.56 |
| John Doe 26 | 24.22.62.208 |
| John Doe 29 | 76.110.116.238 |
| John Doe 30 | 76.17.14.76 |
| John Doe 31 | 68.47.5.56 |
| John Doe 32 | 24.98.27.71 |
| John Doe 37 | 98.255.9.15 |
| Jane Doe 38 | 66.41.149.234 |
| John Doe 39 | 71.235.60.12 |
| John Doe 40 | 67.160.123.244 |

Date: Sept. 10, 2010

_____
Carey Lening

LAW OFFICE OF CAREY N. LENING
D.C. Bar No. 449284
1325 G. St. NW Ste. 500
Washington, DC 20005
TEL: (202) 709-4529
FAX: (888) 525-4423
carey.lening@careylening.com