## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO | Case No.: 1:10-cv-00453-RMC |
| BETEILIGUNGS GMBH | Declaration of Jane Doe No. 38 in Support of Omnibus Motion to Quash Subpoena Pursuant to Fed. R. Civ. P. 45(c)(3) and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| Plaintiff, | |
| v. | |
| DOES 1-4,577 | |
| Defendant | |

## DECLARATION OF JANE DOE NO. 38  IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JANE DOE NO 38 and hereby declares:

1. I am Jane Doe No. 38[1], a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP address 66.41.149.234 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Hastings, Minnesota where I have lived since April 2008.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

---

[1]     The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: 9/9/2010

Jane Doe No. 38

Jane Doe 38

## CERTIFICATE OF SERVICE

I am the attorney of Jane Doe #38 . On _Sept. 10, 2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

     I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW  OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

*Attorney for Defendant*

1  CAREY N. LENING
   D.C Bar No.: 499284
   LAW OFFICE OF CAREY N. LENING
2  1325 G. St. NW Ste. 500
   Washington, DC 20005
3  (202) 709-4529
   http://dcprivacylaw.com/
4
   CHRISTINA A. DiEDOARDO
5  Nevada Bar No. 9543
   California Bar No. 258714
6  LAW OFFICES OF CHRISTINA DiEDOARDO
   201 Spear Street Suite 1100
7  San Francisco, CA 94105
   (415) 839-5098
8  Christina@diedoardolaw.com
   Pro Hac Vice Appearance Applied For
9
   Attorneys for Defendants
10
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
11

12 ACHTE/NEUNTE BOLL KINO                 )   Case No.: 1:10-cv-00453-RMC
                                          )
13 BETEILIGUNGS GMBH                      )
                                          )   Declaration of John Doe No. 2 in Support of
14                                        )   Omnibus Motion to Quash Subpoena Pursuant
        Plaintiff,                        )   to Fed. R. Civ. P. 45(c)(3) and Motion to
15                                        )   Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2)
   v.                                     )
16                                        )
                                          )
17                                        )
   DOES 1-4,577                           )
18                                        )
        Defendant                         )
19                                        )
                                          )
20

21   DECLARATION OF JOHN DOE NO. 2 IN SUPPORT OF OMNIBUS MOTION TO
     QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO
22            DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

23       COMES NOW JOHN DOE NO. 2 and hereby declares:

24

25

                                        -1-

1. I am John Doe No. 2[1]., a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP address 76.126.176.26 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. Since November 2006, I have resided in Northern California.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

//

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: 08/30/2010                                          _j d 2_
                                                      John Doe No. 2

## CERTIFICATE OF SERVICE

I am _the attorney for John Doe #2_. On _Sept. 10, 2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

I also sent a courtesy copy to:

The Hon. Rosemary M. Collyer
United States District Judge
333 Constitution Avenue N.W.
Washington D.C. 20001

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

_DC Bar. No. 499284_

-3-

1  CAREY N. LENING
   D.C Bar No.: 499284
   LAW OFFICE OF CAREY N. LENING
2  1325 G. St. NW Ste. 500
   Washington, DC 20005
3  (202) 709-4529
   http://dcprivacylaw.com/
4
   CHRISTINA A. DiEDOARDO
5  Nevada Bar No. 9543
   California Bar No. 258714
6  LAW OFFICES OF CHRISTINA DiEDOARDO
   201 Spear Street Suite 1100
7  San Francisco, CA 94105
   (415) 839-5098
8  Christina@diedoardolaw.com
   Pro Hac Vice Appearance Applied For
9
   Attorneys for Defendants
10
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
11

12                                              )  Case No.: 1:10-cv-00453-RMC
     ACHTE/NEUNTE BOLL KINO                     )
13                                              )
     BETEILIGUNGS GMBH                          )  Declaration of  John Doe No. 3 in Support of
14                                              )  Omnibus Motion to Quash Subpoena Pursuant
              Plaintiff,                        )  to Fed. R. Civ. P. 45(c)(3) and Motion to
15                                              )  Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2)
     v.                                         )
16                                              )
                                                )
17                                              )
     DOES 1-4,577                               )
18                                              )
              Defendant                         )
19                                              )
                                                )
20   _____)

21   **DECLARATION OF JOHN DOE NO. 3 IN SUPPORT OF OMNIBUS MOTION TO**
     **QUASH SUBPOENA PURSUANT TO FED. CIV. P. 45(C)(3) AND MOTION TO**
22   **DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)**

23         COMES NOW JOHN DOE NO. 3  and hereby declares:

24

25

                                             -1-

1. I am John Doe No. 3[1]., a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP address 98.234.169.52 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of San Jose, California where I have lived since 1990.

3. I have not transacted any business in the District of Columbia

4. I have contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: 08/30/2010

John Doe No. 3

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

**CERTIFICATE OF SERVICE**

1

2      I am _the attorney for John Doe #7_. On _Sept. 10, 2010_ I sent a true and

3      complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

4      their attorneys of record via United States Mail:

5
Mr. Nicholas A. Kurtz, Esq.,
6      Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
7      Leesburg, VA 20175

8      Ms. Saquonna Wheeler
9      Subpoena Coordinator
Cox Communications
10     1400 Lake Hearn Drive
Atlanta GA 30319

11
Comcast Legal Response Center
12     NE&TO
650 Centerton Road
13     Moorestown, Nl 08057

14         I also sent a courtesy copy to:

15     The Hon. Rosemary M. Collyer
16     United States District Judge
333 Constitution Avenue N.W.
17     Washington D.C. 20001

18         I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.
19

20

21
Caley Lenins
22         DC Bar 499284

23

24

25

-3-

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO<br><br>BETEILIGUNGS GMBH<br><br>　　　Plaintiff,<br><br>v.<br><br><br>DOES 1-4,577<br><br>　　　Defendant | )　Case No.: 1:10-cv-00453-RMC<br>)<br>)<br>)　Declaration of John Doe No. 4 in Support of<br>)　Omnibus Motion to Quash Subpoena Pursuant<br>)　to Fed. R. Civ. P. 45(c)(3) and Motion to<br>)　Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOHN DOE NO. 4 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 4 and hereby declares:

1. I am John Doe No. 4[1], a customer of Comcast ("Comcast") who received a letter from

   Comcast on or about August 20, 2010 advising me that Comcast would release my

   personal information associated with IP address 68.63.76.177 to the Plaintiff in this

   action in response to Plaintiff's subpoena unless I filed a Motion to Quash by

   September 10, 2010.

2. I am a resident of Mobile, AL where I have lived since 7/27/09 .

3. I have not transacted any business in the District of Columbia.

4. I have not contracted to supply services in the District of Columbia.

5. I have no interest in any real property located in the District of Columbia.

9/8/10   John Doe No 4

---

[1]　　　The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States, and penalty of perjury, that the foregoing is true and correct.

DATE: _9/8/10_

*John Doe No. 4*

John Doe No. 4

Before living in Mobile, Alabama I was a resident of Minneapolis, Minnesota from June 2007 to July of 2009. Prior to that I was a resident of Texas. I thought I should include this in case it was in any way needed.

*John Doe No. 4*

## CERTIFICATE OF SERVICE

I am the attorney of John Doe # 4.  On _Sept. 10, 2010_ I sent a true and complete

copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their

attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057


I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

*Attorney for Defendant*

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529
http://dcprivacylaw.com/

Attorney for Defendants

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO | ) Case No.: 1:10-cv-00453-RMC |
| | ) |
| BETEILIGUNGS GMBH | ) |
| | ) Declaration of John Doe No. 5 in Support of |
| Plaintiff, | ) Omnibus Motion to Quash Subpoena Pursuant |
| | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| v. | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| | ) |
| | ) |
| | ) |
| DOES 1-4,577 | ) |
| | ) |
| Defendant | ) |
| | ) |

**DECLARATION OF JOHN DOE NO. 5 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)**

COMES NOW JOHN DOE NO. 5 and hereby declares:

1. I am John Doe No. 5[1]., a customer of Comcast ("Comcast") who received a letter

from Comcast on or about August 20, 2010 advising me that Comcast would release

my personal information associated with IP address 98.244.108.142 to the Plaintiff in

this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by

September 10, 2010.

---

[1]       The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

2. I am a resident of Stafford, VA where I have lived since *July 2009*

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: 09/*6*/2010                    /S/John Doe No. 5
                                     John Doe No. 5


### CERTIFICATE OF SERVICE

I am *the attorney for John Doe #5*. On *September   , 2010* I sent a true and complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

     I also sent a courtesy copy to:

The Hon. Rosemary M. Collyer
United States District Judge
333 Constitution Avenue N.W.
Washington D.C. 20001

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529
http://dcprivacylaw.com/

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO | ) Case No.: 1:10-cv-00453-RMC |
| | ) |
| BETEILIGUNGS GMBH | ) Declaration of John Doe No. 6 in Support of |
| | ) Omnibus Motion to Quash Subpoena Pursuant |
| Plaintiff, | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| DOES 1-4,577 | ) |
| | ) |
| Defendant | ) |
| | ) |

## DECLARATION OF JOHN DOE NO. 6 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 6 and hereby declares:

1. I am John Doe No. 6[1], a customer of Comcast ("Comcast") who received a letter from

    Comcast on or about August 20, 2010 advising me that Comcast would release my

    personal information associated with IP address 76.105.202.30 to the Plaintiff in this

    action in response to Plaintiff's subpoena unless I filed a Motion to Quash by

    September 10, 2010.

---

[1]    The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

2. I am a resident of Forest Grove, OR where I have lived since _1999_.

3. I have not transacted any business in the District of Columbia. *YES*

4. I have not contracted to supply services in the District of Columbia. *YES*

5. I have no interest in any real property located in the District of Columbia. *YES*

6. I do not use any real property located in the District of Columbia. *YES*

7. I have not agreed to act as surety for or on any person, property, risk, contract  *YES* obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia. *YES*

9. I do not derive any income, much less substantial income, from the District of *YES* Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia. *YES*

I declare under the laws of the United States, and under penalty of perjury, that the foregoing is true and correct.

DATE: 09/ /2010                    /S/John Doe No. 6

9-7-2010                           John Doe No. 6

                                   John Doe No 6

## CERTIFICATE OF SERVICE

I am _the attorny for John Doe #6_ On _Sept.  , 2010_ I sent a true and complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Carey M. Lemons
DC BarNo. 499284

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ACHTE/NEUNTE BOLL KINO

BETEILIGUNGS GMBH

      Plaintiff,

v.

DOES 1-4,577

      Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:10-cv-00453-RMC

Declaration of  John Doe No. 7 in Support of
Omnibus Motion to Quash Subpoena Pursuant
to Fed. R. Civ. P. 45(c)(3) and Motion to
Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2)

## DECLARATION OF JOHN DOE NO. 7 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 7 and hereby declares:

1. I am John Doe No. 7[1], a customer of Comcast ("Comcast") who received a letter from

   Comcast on or about August 20, 2010 advising me that Comcast would release my

   personal information associated with IP address 24.19.133.121 to the Plaintiff in this

   action in response to Plaintiff's subpoena unless I filed a Motion to Quash by

   September 10, 2010.

2. I am a resident of Takoma, WA where I have lived since 2008.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

---

[1]      The real party in interest is signing this Declaration with a pseudonym so as not to moot
the subject matter of the Omnibus Motion.  If the Court wishes, the real party in interest's true
name will be disclosed to the Court in an *in camera* filing.

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States, and penalty of perjury, that the foregoing is true and correct.

DATE: 09/8/2010

John Doe #7

John Doe No. 7

## CERTIFICATE OF SERVICE

I am the attorney for John Doe #7.  On September 8th, 2010 I sent a true and complete

copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their

attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NJ 08057


I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW  OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529
http://dcprivacylaw.com/

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO | ) Case No.: 1:10-cv-00453-RMC |
| | ) |
| BETEILIGUNGS GMBH | ) Declaration of John Doe No. 8 in Support of |
| | ) Omnibus Motion to Quash Subpoena Pursuant |
| Plaintiff, | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| DOES 1-4,577 | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

## DECLARATION OF JOHN DOE NO. 8 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 8 and hereby declares:

1. I am John Doe No. 8[1], a customer of Comcast ("Comcast") who received a letter from

   Comcast on or about August 20, 2010 advising me that Comcast would release my

   personal information associated with IP address 98.215.215.68 to the Plaintiff in this

   action in response to Plaintiff's subpoena unless I filed a Motion to Quash by

   September 10, 2010.

---

[1]     The real party in interest is signing this Declaration with a pseudonym so as not to moot
the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true
name will be disclosed to the Court in an *in camera* filing.

2. I am a resident of Springfield, IL where I have lived since _1972____.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States, and penalty of perjury, that the foregoing is true and correct.

DATE: 09/ /2010                          /S/John Doe No. 8
                                         John Doe No. 8

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On _September_    _2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529
http://dcprivacylaw.com/

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO | ) Case No.: 1:10-cv-00453-RMC |
| | ) |
| BETEILIGUNGS GMBH | ) |
| | ) Declaration of John Doe No. 9 in Support of |
| Plaintiff, | ) Omnibus Motion to Quash Subpoena Pursuant |
| | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| v. | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| | ) |
| | ) |
| | ) |
| DOES 1-4,577 | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

## DECLARATION OF JOHN DOE NO. 9 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 9 and hereby declares:

1. I am John Doe No. 9, a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP address 98.232.152.166 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Longview, WA where I have lived since 1971.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of

Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States, and penalty of perjury, that the foregoing is true and correct.

DATE: 09/7/2010     *John Doe No. 9*     /S/John Doe No. 9
                                          John Doe No. 9

## CERTIFICATE OF SERVICE

I am *the attorney for John Doe 9* . On *Sept. 10, 2010* I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties

and/or their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Carey Lening, esq*
*Dc Bar 499284*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO | ) Case No.: 1:10-cv-00453-RMC |
| | ) |
| BETEILIGUNGS GMBH | ) Declaration of  John Doe No. 10 in Support of |
| | ) Omnibus Motion to Quash Subpoena Pursuant |
| Plaintiff, | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| DOES 1-4,577 | ) |
| | ) |
| Defendant | ) |
| | ) |

## DECLARATION OF JOHN DOE NO. 10 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 10  and hereby declares:

1. I am John Doe No. 10[1], a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP address _98.232.14.47_ to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Seattle, WA where I have lived since _1999_.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

---

[1]      The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: 09/7/2010                              /S/John Doe No. 10
                                             John Doe No. 10

## CERTIFICATE OF SERVICE

I am the attorney for John Doe 10. On _Sept_ , _2010_ I sent a true and complete

copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their

attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NJ 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C. Bar No.: 499284
LAW  OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendants

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529
http://dcprivacylaw.com/

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO | ) Case No.: 1:10-cv-00453-RMC |
| | ) |
| BETEILIGUNGS GMBH | ) |
| | ) Declaration of John Doe No. 11 in Support of |
| Plaintiff, | ) Omnibus Motion to Quash Subpoena Pursuant |
| | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| v. | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| | ) |
| | ) |
| | ) |
| DOES 1-4,577 | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

## DECLARATION OF JOHN DOE NO. 11 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 11 and hereby declares:

1. I am John Doe No. 11[1], a customer of Cox Communications ("Cox") who received a

letter from Cox on or about August 9, 2010 advising me that Cox would release my

personal information associated with IP address 98.166.240.65 to the Plaintiff in this

action in response to Plaintiff's subpoena unless I filed a Motion to Quash by

September 10, 2010.

---

[1]    The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

2. I am a resident of Hampton, VA where I have lived since 1955.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: 09/7/2010                    /S/John Doe No. 11    John Doe No. 11
                                   John Doe No. 11

## CERTIFICATE OF SERVICE

I am the attorny for John Doe #11. On September , 2010 I sent a true and complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On ___September___  ___2010___ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057


I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529
http://dcprivacylaw.com/

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO | ) Case No.: 1:10-cv-00453-RMC |
| | ) |
| BETEILIGUNGS GMBH | ) |
| | ) Declaration of John Doe No. 12 in Support of |
| Plaintiff, | ) Omnibus Motion to Quash Subpoena Pursuant |
| | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| v. | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| | ) |
| | ) |
| | ) |
| DOES 1-4,577 | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

## DECLARATION OF JOHN DOE NO. 12 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 12 and hereby declares:

1. I am John Doe No. 12[1]., a customer of Comcast ("Comcast") who received a letter

   from Comcast on or about August 20, 2010 advising me that Comcast would release

   my personal information associated with IP address 67.170.74.82 to the Plaintiff in

   this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by

   September 10, 2010.

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

2. I am a resident of Redmond, Washington where I have lived since _2005_ .

3. I have not transacted any business in the District of Columbia _Yes_

4. I have not contracted to supply services in the District of Columbia _Yes_

5. I have no interest in any real property located in the District of Columbia. _Yes_

6. I do not use any real property located in the District of Columbia. _Yes_

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia. _Yes_

8. I do not regularly do or solicit business in the District of Columbia. _Yes_

9. I do not derive any income, much less substantial income, from the District of Columbia. _Yes_

10. I do not engage in any other persistent course of conduct in the District of Columbia. _Yes_

I declare under the laws of the United States that the foregoing is true and correct.

DATE: _8/8/10_          /S/John Doe No. 12    _John Doe 12_
                        John Doe No. 12

## CERTIFICATE OF SERVICE

I am _the attorney for John Doe #12_. On _Sept. 10, 2010_ I sent a true and complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057


    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

              John Doe #12

              DC Bar 499284
              Carey Lening

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACHTE/NEUNTE BOLL KINO, | ) | Case No.: 1:10-cv-00453-RMC |
| | ) | |
| BETEILIGUNGS GMBH | ) | |
| | ) | Declaration of John Doe No. 13 in Support |
| Plaintiff, | ) | of Omnibus Motion to Quash Subpoena |
| | ) | Pursuant to Fed. R. Civ. P. 45(c)(3) and |
| v. | ) | Motion to Dismiss Pursuant to Fed. R. |
| | ) | Civ. P. 12(b)(2) |
| | ) | |
| | ) | |
| DOES 1-4,577 | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## DECLARATION OF JOHN DOE NO. 13 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 13 and hereby declares:

1. I am John Doe No. 13[1], a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP address 24.7.185.157 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of North Highlands, California where I have lived since July 2006. Previous to that I lived in Citrus Heights, California from July 2003 through July 2006.

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

3.  I have not transacted any business in the District of Columbia.

4.  I have not contracted to supply services in the District of Columbia.

5.  I have no interest in any real property located in the District of Columbia.

6.  I do not use any real property located in the District of Columbia.

7.  I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8.  I do not regularly do or solicit business in the District of Columbia.

9.  I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.


I declare under the laws of the United States that the foregoing is true and correct.


DATE: _____          _____

                                          John Doe No. 13

## CERTIFICATE OF SERVICE

I am the Attorney of John Doe #13. On _____ I sent a true and complete

copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their

attorneys of record via United States Mail:


Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175


Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319


Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NJ 08057


I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

_____
CAREY N. LENING
D.C Bar No.: 499284
LAW  OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO, | ) Case No.: 1:10-cv-00453-RMC |
| | ) |
| BETEILIGUNGS GMBH | ) |
| | ) Declaration of John Doe No. 14 in Support |
| Plaintiff, | ) of Omnibus Motion to Quash Subpoena |
| | ) Pursuant to Fed. R. Civ. P. 45(c)(3) and |
| v. | ) Motion to Dismiss Pursuant to Fed. R. |
| | ) Civ. P. 12(b)(2) |
| | ) |
| | ) |
| DOES 1-4,577 | ) |
| | ) |
| Defendant | ) |
| | ) |

## DECLARATION OF JOHN DOE NO. 14 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 14 and hereby declares:

1. I am John Doe No. 14[1], a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP address 71.202.253.148 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Fairfield, California where I have lived since December 2007. Previous to that I lived in Travis AFB, California from May 2000 through December 2007.

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

3.  I have not transacted any business in the District of Columbia.

4.  I have not contracted to supply services in the District of Columbia.

5.  I have no interest in any real property located in the District of Columbia.

6.  I do not use any real property located in the District of Columbia.

7.  I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8.  I do not regularly do or solicit business in the District of Columbia.

9.  I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.


I declare under the laws of the United States that the foregoing is true and correct.


DATE: _7 Sept 2010_                    _John Doe No. #14_

                                        John Doe No. 14

## CERTIFICATE OF SERVICE

I am the Attorney of John Doe #14. On _Sept. 10, 2010_ I sent a true and complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NJ 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

*Attorney for Defendant*

## DECLARATION OF JOHN DOE 15 IN SUPPORT OF CONSOLIDATED MOTION TO QUASH AND MOTION TO DISMISS

1. I am John Doe No. 15[1], a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP 24.8.197.179 address to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Colorado Springs, CO where I have lived since 25/1999.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia. I declare under the laws of the United States that the foregoing is true and correct.

DATE: 09/08/2010

John Doe 15 IP 24.8.197.179
John Doe No. 15

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an in camera filing.

## DECLARATION OF JOHN DOE 16 IN SUPPORT OF CONSOLIDATED MOTION TO QUASH AND MOTION TO DISMISS

1. I am John Doe No. 16₁, a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP 98.228.180.130 address to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Dekalb, IL where I have lived since _0⁸/2001_.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia. I declare under the laws of the United States that the foregoing is true and correct.


DATE: 09/09/2010                    John Doe No.16 IP address 98.228.180.130
                                    John Doe No. 16

---

₁ The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an in camera filing.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ACHTE/NEUNTE BOLL KINO
BETEILIGUNGS GMBH & CO KG,
Plaintiff,

v.                                          CA. 1:10-cv-00453-RMC

DOES 1 - 2,094
Defendant.

## DECLARATION OF DOE 21 [IP 67.185.180.15] IN SUPPORT OF OMNIBUS MOTION TO QUASH AND MOTION TO DISMISS

Under penalty of perjury of the laws of the United States, and pursuant to 28 USC §1746,

I, DOE 21, state as follows:

1.    My full name is *. I am known in this litigation as DOE 21, IP 67.185.180.15.

2.    I am a resident of the state of Washington in the Eastern District of Washington.

3.    I have not transacted any business in the District of Columbia.

4.    I have not contracted to supply services in the District of Columbia.

5.    I have no interest in any real property located in the District of Columbia.

6.    I do not use any real property located in the District of Columbia.

7.    I do not possess any real property located in the District of Columbia.

8.    I have not agreed to act as surety for or on any person, property, risk, contract,

obligation or agreement located or executed or to be performed in the District of Columbia.

9.    I do not regularly do or solicit business in the District of Columbia.

10.   I do not derive any income, much less substantial income, from the District of

Columbia.

11.     I do not engage in any other persistent course of conduct in the District of

Columbia.

12.     I became aware of the lawsuit when my residential cable provider COMCAST

contacted me and advised me of a subpoena which directed COMCAST to disclose my identity

to the Plaintiff in this case unless I moved to quash the subpoena.

13.     I have been identified by the IP address 67.185.180.15.

14.     I do not want my identity disclosed to the Plaintiff.  I value my privacy and have

instructed my attorney to resist Plaintiff's efforts in identifying me in this matter.

15.     I request that my identity be disclosed to the Court *in camera* if so ordered.

I declare under the pains and penalty of perjury that the foregoing is true and correct.

EXECUTED this  7th  day of September, 2010, at Spokane, Washington.

Doe 21, IP 67.185.180.15
*, DOE 21, IP 67.185.180.15

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On _September_ _2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ACHTE/NEUNTE BOLL KINO
BETEILIGUNGS GMBH & CO KG,
Plaintiff,

v.                                                    CA. 1:10-cv-00453-RMC

DOES 1 - 2,094
Defendant.

## DECLARATION OF DOE 22 [IP 76.121.211.115] IN SUPPORT OF OMNIBUS MOTION TO QUASH AND MOTION TO DISMISS

Under penalty of perjury of the laws of the United States, and pursuant to 28 USC §1746,

I, DOE 22, state as follows:

1.      My full name is *.  I am known in this litigation as DOE 22, IP 76.121.211.115.

2.      I am a resident of the state of Washington in the Western District of Washington.

3.      I have not transacted any business in the District of Columbia.

4.      I have not contracted to supply services in the District of Columbia.

5.      I have no interest in any real property located in the District of Columbia.

6.      I do not use any real property located in the District of Columbia.

7.      I do not possess any real property located in the District of Columbia.

8.      I have not agreed to act as surety for or on any person, property, risk, contract,

obligation or agreement located or executed or to be performed in the District of Columbia.

9.      I do not regularly do or solicit business in the District of Columbia.

10.     I do not derive any income, much less substantial income, from the District of

Columbia.

11.     I do not engage in any other persistent course of conduct in the District of Columbia.

12.     I became aware of the lawsuit when my residential cable provider COMCAST contacted me and advised me of a subpoena which directed COMCAST to disclose my identity to the Plaintiff in this case unless I moved to quash the subpoena.

13.     I have been identified by the IP address 76.121.211.115.

14.     I do not want my identity disclosed to the Plaintiff.  I value my privacy and have instructed my attorney to resist Plaintiff's efforts in identifying me in this matter.

15.     I request that my identity be disclosed to the Court *in camera* if so ordered.

I declare under the pains and penalty of perjury that the foregoing is true and correct.

EXECUTED this  7  day of September, 2010, at Lynnwood, Washington.

*, DOE 22, IP 76.121.211.115

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On _September_   _2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057


I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW  OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ACHTE/NEUNTE BOLL KINO
BETEILIGUNGS GMBH & CO KG,
Plaintiff,

v.                                                    CA. 1:10-cv-00453-RMC

DOES 1 - 2,094
Defendant.

## DECLARATION OF DOE 23 [IP 67.171.17.71] IN SUPPORT OF OMNIBUS MOTION TO QUASH AND MOTION TO DISMISS

Under penalty of perjury of the laws of the United States, and pursuant to 28 USC §1746,

I, DOE 23, state as follows:

1.      My full name is *.  I am known in this litigation as DOE 23, IP 67.171.17.71.

2.      I am a resident of the state of Alaska in the District of Alaska.

3.      I have not transacted any business in the District of Columbia.

4.      I have not contracted to supply services in the District of Columbia.

5.      I have no interest in any real property located in the District of Columbia.

6.      I do not use any real property located in the District of Columbia.

7.      I do not possess any real property located in the District of Columbia.

8.      I have not agreed to act as surety for or on any person, property, risk, contract,

obligation or agreement located or executed or to be performed in the District of Columbia.

9.      I do not regularly do or solicit business in the District of Columbia.

10.     I do not derive any income, much less substantial income, from the District of

Columbia.

11.     I do not engage in any other persistent course of conduct in the District of Columbia.

12.     I became aware of the lawsuit when my residential cable provider COMCAST contacted me and advised me of a subpoena which directed COMCAST to disclose my identity to the Plaintiff in this case unless I moved to quash the subpoena.

13.     I have been identified by the IP address 67.171.17.71.

14.     I do not want my identity disclosed to the Plaintiff. I value my privacy and have instructed my attorney to resist Plaintiff's efforts in identifying me in this matter.

15.     I request that my identity be disclosed to the Court *in camera* if so ordered.

I declare under the pains and penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of September, 2010, at Kodiak, Alaska.

Doe 23, IP 67.171.17.71

*, DOE 23, IP 67.171.17.71

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On _September 10, 2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW  OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ACHTE/NEUNTE BOLL KINO
BETEILIGUNGS GMBH & CO KG,
Plaintiff,

v.

DOES 1 - 2,094
Defendant.

CA. 1:10-cv-00453-RMC

## DECLARATION OF DOE 24 [IP 98.203.134.206] IN SUPPORT OF
## OMNIBUS MOTION TO QUASH AND MOTION TO DISMISS

Under penalty of perjury of the laws of the United States, and pursuant to 28 USC §1746,

I, DOE 24, state as follows:

1.      My full name is *. I am known in this litigation as DOE 24, IP 98.203.134.206.

2.      I am a resident of the state of Washington in the Western District of Washington.

3.      I have not transacted any business in the District of Columbia.

4.      I have not contracted to supply services in the District of Columbia.

5.      I have no interest in any real property located in the District of Columbia.

6.      I do not use any real property located in the District of Columbia.

7.      I do not possess any real property located in the District of Columbia.

8.      I have not agreed to act as surety for or on any person, property, risk, contract,

obligation or agreement located or executed or to be performed in the District of Columbia.

9.      I do not regularly do or solicit business in the District of Columbia.

10.     I do not derive any income, much less substantial income, from the District of

Columbia.

11.    I do not engage in any other persistent course of conduct in the District of Columbia.

12.    I became aware of the lawsuit when my residential cable provider COMCAST contacted me and advised me of a subpoena which directed COMCAST to disclose my identity to the Plaintiff in this case unless I moved to quash the subpoena.

13.    I have been identified by the IP address 98.203.134.206.

14.    I do not want my identity disclosed to the Plaintiff.  I value my privacy and have instructed my attorney to resist Plaintiff's efforts in identifying me in this matter.

15.    I request that my identity be disclosed to the Court *in camera* if so ordered.

I declare under the pains and penalty of perjury that the foregoing is true and correct.

EXECUTED this ___7___ day of September, 2010, at Anacortes, Washington.

*, DOE 24, IP 98.203.134.206

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On _September_ _2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ACHTE/NEUNTE BOLL KINO
BETEILIGUNGS GMBH & CO KG,
Plaintiff,

v.                                                    CA. 1:10-cv-00453-RMC

DOES 1 - 2,094
Defendant.

### DECLARATION OF DOE 25 [IP 76.104.162.56] IN SUPPORT OF OMNIBUS MOTION TO QUASH AND MOTION TO DISMISS

Under penalty of perjury of the laws of the United States, and pursuant to 28 USC §1746,

I, DOE 25, state as follows:

1.  My full name is *. I am known in this litigation as DOE 25, IP 76.104.162.56.

2.  I am a resident of the state of Washington in the Western District of Washington.

3.  I have not transacted any business in the District of Columbia.

4.  I have not contracted to supply services in the District of Columbia.

5.  I have no interest in any real property located in the District of Columbia.

6.  I do not use any real property located in the District of Columbia.

7.  I do not possess any real property located in the District of Columbia.

8.  I have not agreed to act as surety for or on any person, property, risk, contract,

obligation or agreement located or executed or to be performed in the District of Columbia.

9.  I do not regularly do or solicit business in the District of Columbia.

10. I do not derive any income, much less substantial income, from the District of

Columbia.

11.    I do not engage in any other persistent course of conduct in the District of Columbia.

12.    I became aware of the lawsuit when my residential cable provider COMCAST contacted me and advised me of a subpoena which directed COMCAST to disclose my identity to the Plaintiff in this case unless I moved to quash the subpoena.

13.    I have been identified by the IP address 76.104.162.56.

14.    I do not want my identity disclosed to the Plaintiff. I value my privacy and have instructed my attorney to resist Plaintiff's efforts in identifying me in this matter.

15.    I request that my identity be disclosed to the Court *in camera* if so ordered.

I declare under the pains and penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of September, 2010, at Bellevue, Washington.

DOE 25, IP 76.104.162.56
_____
*, DOE 25, IP 76.104.162.56

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ACHTE/NEUNTE BOLL KINO
BETEILIGUNGS GMBH & CO KG,
Plaintiff,

v.                                                    CA. 1:10-cv-00453-RMC

DOES 1 - 2,094
Defendant.

## DECLARATION OF DOE 26 [IP 24.22.62.208] IN SUPPORT OF
## OMNIBUS MOTION TO QUASH AND MOTION TO DISMISS

Under penalty of perjury of the laws of the United States, and pursuant to 28 USC §1746,

I, DOE 26, state as follows:

1.   My full name is *. I am known in this litigation as DOE 26, IP 24.22.62.208.

2.   I am a resident of the state of Washington in the Eastern District of Washington.

3.   I have not transacted any business in the District of Columbia.

4.   I have not contracted to supply services in the District of Columbia.

5.   I have no interest in any real property located in the District of Columbia.

6.   I do not use any real property located in the District of Columbia.

7.   I do not possess any real property located in the District of Columbia.

8.   I have not agreed to act as surety for or on any person, property, risk, contract,

obligation or agreement located or executed or to be performed in the District of Columbia.

9.   I do not regularly do or solicit business in the District of Columbia.

10.  I do not derive any income, much less substantial income, from the District of

Columbia.

11.     I do not engage in any other persistent course of conduct in the District of
Columbia.

12.     I became aware of the lawsuit when my residential cable provider COMCAST
contacted me and advised me of a subpoena which directed COMCAST to disclose my identity
to the Plaintiff in this case unless I moved to quash the subpoena.

13.     I have been identified by the IP address 24.22.62.208.

14.     I do not want my identity disclosed to the Plaintiff.  I value my privacy and have
instructed my attorney to resist Plaintiff's efforts in identifying me in this matter.

15.     I request that my identity be disclosed to the Court *in camera* if so ordered.
I declare under the pains and penalty of perjury that the foregoing is true and correct.
EXECUTED this 8th day of September, 2010, at Walla Walla, Washington.

Doe 26, 24.22.62.208
*, DOE 26, IP 24.22.62.208

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On _September 10, 2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057


I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ACHTE/NEUNTE BOLL KINO                      :
BETEILIGUNGS GMBH & CO KG                   :
                                            :
            Plaintiff,                      :
                                            :
                                            :
v.                                          :     CA. 1:10-cv-00453-RMC
                                            :
DOES 1-2,094                                :
                                            :
            Defendants.                     :

## UNSWORN DECLARATION OF JOHN DOE # 29

NOW COMES, John Doe # 29, by and through counsel, and makes the following

unsworn declaration, on information and belief,[1] pursuant to 28 U.S.C. § 1746 and D.C. Local

Rule 5.1(h):

1.      I received a letter from Comcast on or about August 20, 2010, which apprised me

that Plaintiff has subpoenaed certain information pertaining to an IP address, and that Comcase

would release personal information about me unless I challenged the subpoena on or before

September 10, 2010;

2.      The letter outlined the Plaintiff's allegation that this IP address was used in

connection with copyright infringement on February 15, 2010 at the exact time of 1:52 AM

GMT ("Date of Alleged Infringement");

3.      Before, during, and after the Date of Alleged Infringement, I have no knowledge

of whether the IP address referred to in the letter is mine or not;

4.      Before, during, and after the Date of Alleged Infringement, I was not a resident of

or domiciled in the District of Columbia;

---

[1] Cf. U.S. v. 8 Gilcrest Lane, Quincy Fla. 32351, 587 F. Supp.2d 133 (2008).

5.      Before, during, and after the Date of Alleged Infringement, I had not transacted any business with any person or entity that resided or was domiciled in the District of Columbia (other than in regard to this case);

6.      Before, during, and after the Date of the Alleged Infringement, I have not entered into any contracts with persons or entities that resided or were domiciled in the District of Columbia;

7.      Before, during, and after the Date of the Alleged Infringement, I have not entered into any contracts that were to be performed within the District of Columbia;

8.      Before, during, and after the Date of the Alleged Infringement, I have not owned any interest in real property located within the District of Columbia;

9.      Before, during, and after the Date of the Alleged Infringement, I have not acted as surety for or on any person property, or risk, contract, obligation, or agreement located, executed, or to be performed within the District of Columbia;

10.     Before, during, and after the Date of the Alleged Infringement, I have not advertised or solicited business within the District of Columbia, whether through the internet, telephone, mail, or any other medium;

11.     Before, during, and after the Alleged Infringement, I have not derived any income from the District of Columbia;

12.     When I was twelve years old I travelled through the District of Columbia to a family vacation destination, which was not within the District of Columbia; otherwise, I have not been in the District of Columbia;

13.     Before, during, and after the Date of the Alleged Infringement, I have not sold or distributed a product or service, whether through an intermediary or not, with the knowledge or expectation that it would enter the District of Columbia;

14.     Before, during, and after the Date of the Alleged Infringement, I have not mailed a letter to a destination within the District of Columbia;

15.     Before, during, and after the Date of the Alleged Infringement, I have not sought donations from any person or entity within the District of Columbia;

15.     Before, during, and after the Date of the Alleged Infringement, none of my immediate family members resided or were domiciled in the District of Columbia; and

16.     Before, during, and after the Date of the Alleged Infringement, I have not owned an interest in any business (corporation, LLC, partnership or otherwise) that would derive revenue from the District of Columbia or otherwise operate in the District of Columbia.


I declare that under penalty of perjury that the foregoing is true and correct this 7th day September, 2010.




JOHN DOE # 29[2]




<hr />

[2] The declarant is signing as "John Doe #29" so as to not render the subject of the Omnibus Motion moot. See docket item #24 which states: "Mr. Wright did not do that and basically has mooted his own motion to quash." If the Court desires John Doe #29's personal information, counsel would be happy to provide it, preferably in camera.

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On _September 10, 2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057


I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ACHTE/NEUNTE BOLL KINO       :
BETEILIGUNGS GMBH & CO KG    :
                                       :
         Plaintiff,          :
                                       :
v.                                 :   CA. 1:10-cv-00453-RMC
                                     :
DOES 1-2,094                    :
                                       :
         Defendants.

## UNSWORN DECLARATION OF JOHN DOE # 30

NOW COMES, John Doe # 30, by and through counsel, and makes the following

unsworn declaration, on information and belief,[1] pursuant to 28 U.S.C. § 1746 and D.C. Local

Rule 5.1(h):

    1.     I received a letter from Comcast on or about August 20, 2010, which apprised me

that Plaintiff has subpoenaed certain information pertaining to an IP address, and that Comcast

would release personal information about me unless I challenged the subpoena on or before

September 10, 2010;

    2.     The letter outlined the Plaintiff's allegation that this IP address was used in

connection with copyright infringement on March 14, 2010 at the exact time of 1:59 PM GMT.

("Date of Alleged Infringement");

    3.     Before, during, and after the Date of Alleged Infringement, I have no knowledge

of whether the IP address referred to in the letter is mine or not;

    4.     Before, during, and after the Date of Alleged Infringement, I was not a resident of

or domiciled in the District of Columbia;

---

[1] Cf. U.S. v. 8 Gilcrest Lane, Quincy Fla. 32351, 587 F. Supp.2d 133 (2008).

5.      Before, during, and after the Date of Alleged Infringement, I had not transacted any business with any person or entity that resided or was domiciled in the District of Columbia (other than in regard to this case);

6.      Before, during, and after the Date of the Alleged Infringement, I have not entered into any contracts with persons or entities that resided or were domiciled in the District of Columbia;

7.      Before, during, and after the Date of the Alleged Infringement, I have not entered into any contracts that were to be performed within the District of Columbia;

8.      Before, during, and after the Date of the Alleged Infringement, I have not owned any interest in real property located within the District of Columbia;

9.      Before, during, and after the Date of the Alleged Infringement, I have not acted as surety for or on any person property, or risk, contract, obligation, or agreement located, executed, or to be performed within the District of Columbia;

10.     Before, during, and after the Date of the Alleged Infringement, I have not advertised or solicited business within the District of Columbia, whether through the internet, telephone, mail, or any other medium;

11.     Before, during, and after the Alleged Infringement, I have not derived any income from the District of Columbia;

12.     I have never been in the District of Columbia;

13.     Before, during, and after the Date of the Alleged Infringement, I have not sold or distributed a product or service, whether through an intermediary or not, with the knowledge or expectation that it would enter the District of Columbia;

14. Before, during, and after the Date of the Alleged Infringement, I have not mailed a letter to a destination within the District of Columbia;

15. Before, during, and after the Date of the Alleged Infringement, I have not sought donations from any person or entity within the District of Columbia;

15. Before, during, and after the Date of the Alleged Infringement, none of my immediate family members resided or were domiciled in the District of Columbia; and

16. Before, during, and after the Date of the Alleged Infringement, I have not owned an interest in any business (corporation, LLC, partnership or otherwise) that would derive revenue from the District of Columbia or otherwise operate in the District of Columbia.

I declare that under penalty of perjury that the foregoing is true and correct this 7th day September, 2010.

JOHN DOE # 30[2]

_John Doe #30_

---

[2] The declarant is signing as "John Doe #29" so as to not render the subject of the Omnibus Motion moot. See docket item #24 which states: "Mr. Wright did not do that and basically has mooted his own motion to quash." If the Court desires John Doe #29's personal information, counsel would be happy to provide it, preferably *in camera*.

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On _September 10, 2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NI 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ACHTE/NEUNTE BOLL KINO      :
BETEILIGUNGS GMBH & CO KG    :
                                :

        Plaintiff,           :

                                :

v.                               :    CA. 1:10-cv-00453-RMC

                                :

DOES 1-2,094               :

                                :

        Defendants.

### UNSWORN DECLARATION OF JOHN DOE # 31

NOW COMES, John Doe # 31, by and through counsel, and makes the following

unsworn declaration, on information and belief,[1] pursuant to 28 U.S.C. § 1746 and D.C. Local

Rule 5.1(h):

1.      I received a letter from Comcast on or about August 20, 2010, which apprised me

that Plaintiff has subpoenaed certain information pertaining to an IP address, and that Comcast

would release personal information about me unless I challenged the subpoena on or before

September 10, 2010;

2.      The letter outlined the Plaintiff's allegation that this IP address was used in

connection with copyright infringement on February 28, 2010 at the exact time of 12:00 AM

GMT. ("Date of Alleged Infringement");

3.      Before, during, and after the Date of Alleged Infringement, I have no knowledge

of whether the IP address referred to in the letter is mine or not;

4.      Before, during, and after the Date of Alleged Infringement, I was not a resident of

or domiciled in the District of Columbia;

---

[1] Cf. U.S. v. 8 Gilcrest Lane, Quincy Fla. 32351, 587 F. Supp.2d 133 (2008).

JD #31

5.      Before, during, and after the Date of Alleged Infringement, I had not transacted any business with any person or entity that resided or was domiciled in the District of Columbia (other than in regard to this case);

6.      Before, during, and after the Date of the Alleged Infringement, I have not entered into any contracts with persons or entities that resided or were domiciled in the District of Columbia;

7.      Before, during, and after the Date of the Alleged Infringement, I have not entered into any contracts that were to be performed within the District of Columbia;

8.      Before, during, and after the Date of the Alleged Infringement, I have not owned any interest in real property located within the District of Columbia;

9.      Before, during, and after the Date of the Alleged Infringement, I have not acted as surety for or on any person property, or risk, contract, obligation, or agreement located, executed, or to be performed within the District of Columbia;

10.     Before, during, and after the Date of the Alleged Infringement, I have not advertised or solicited business within the District of Columbia, whether through the internet, telephone, mail, or any other medium;

11.     Before, during, and after the Alleged Infringement, I have not derived any income from the District of Columbia;

12.     I have never been in the District of Columbia other than once when I was twelve or thirteen;

13.     Before, during, and after the Date of the Alleged Infringement, I have not sold or distributed a product or service, whether through an intermediary or not, with the knowledge or expectation that it would enter the District of Columbia;

SD#31

14.     Before, during, and after the Date of the Alleged Infringement, I have not mailed a letter to a destination within the District of Columbia;

15.     Before, during, and after the Date of the Alleged Infringement, I have not sought donations from any person or entity within the District of Columbia;

15.     Before, during, and after the Date of the Alleged Infringement, none of my immediate family members resided or were domiciled in the District of Columbia; and

16.     Before, during, and after the Date of the Alleged Infringement, I have not owned an interest in any business (corporation, LLC, partnership or otherwise) that would derive revenue from the District of Columbia or otherwise operate in the District of Columbia, other than an insignificant amount of stock that I owned a few years ago in "nVidia" and a few other companies that might do business in the District of Columbia.


I declare that under penalty of perjury that the foregoing is true and correct this 7th day September, 2010.



JOHN DOE # 31[2]


_____

---

[2] The declarant is signing as "John Doe # 31" so as to not render the subject of the Omnibus Motion moot. See docket item #24 which states: "Mr. Wright did not do that and basically has mooted his own motion to quash." If the Court desires John Doe # 31's personal information, counsel would be happy to provide it, preferably *in camera*.

## CERTIFICATE OF SERVICE

I am _the attorney of John Doe #3_. On _September 10, 2010_ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ACHTE/NEUNTE BOLL KINO :
BETEILIGUNGS GMBH & CO KG :
                  :

      Plaintiff,     :

                  :

v.                :   CA. 1:10-cv-00453-RMC

                  :

DOES 1-2,094     :

                  :

      Defendants.

## UNSWORN DECLARATION OF JOHN DOE # 32

NOW COMES, John Doe # 32, by and through counsel, and makes the following

unsworn declaration, on information and belief,[1] pursuant to 28 U.S.C. § 1746 and D.C. Local

Rule 5.1(h):

    1.    I received a letter from Comcast on or about August 20, 2010, which apprised me

that Plaintiff has subpoenaed certain information pertaining to an IP address, and that Comcast

would release personal information about me unless I challenged the subpoena on or before

September 10, 2010;

    2.    The letter outlined the Plaintiff's allegation that this IP address was used in

connection with copyright infringement on January 11, 2010 at the exact time of 11:15 AM

GMT. ("Date of Alleged Infringement");

    3.    Before, during, and after the Date of Alleged Infringement, I have no knowledge

of whether the IP address referred to in the letter is mine or not;

    4.    Before, during, and after the Date of Alleged Infringement, I was not a resident of

or domiciled in the District of Columbia;

---

[1] Cf. U.S. v. 8 Gilcrest Lane, Quincy Fla. 32351, 587 F. Supp.2d 133 (2008).

5.   Before, during, and after the Date of Alleged Infringement, I had not transacted any business with any person or entity that resided or was domiciled in the District of Columbia (other than in regard to this case);

6.   Before, during, and after the Date of the Alleged Infringement, I have not entered into any contracts with persons or entities that resided or were domiciled in the District of Columbia;

7.   Before, during, and after the Date of the Alleged Infringement, I have not entered into any contracts that were to be performed within the District of Columbia;

8.   Before, during, and after the Date of the Alleged Infringement, I have not owned any interest in real property located within the District of Columbia;

9.   Before, during, and after the Date of the Alleged Infringement, I have not acted as surety for or on any person property, or risk, contract, obligation, or agreement located, executed, or to be performed within the District of Columbia;

10.   Before, during, and after the Date of the Alleged Infringement, I have not advertised or solicited business within the District of Columbia, whether through the internet, telephone, mail, or any other medium;

11.   Before, during, and after the Alleged Infringement, I have not derived any income from the District of Columbia;

12.   I have not been within the District of Columbia other than periodically as a child growing up in Maryland and except for picking up my son at the airport returning from military deployment;

13.     Before, during, and after the Date of the Alleged Infringement, I have not sold or distributed a product or service, whether through an intermediary or not, with the knowledge or expectation that it would enter the District of Columbia;

14.     Before, during, and after the Date of the Alleged Infringement, I have not mailed a letter to a destination within the District of Columbia;

15.     Before, during, and after the Date of the Alleged Infringement, I have not sought donations from any person or entity within the District of Columbia;

15.     Before, during, and after the Date of the Alleged Infringement, none of my immediate family members resided or were domiciled in the District of Columbia; and

16.     Other than a mutual fund or another typical investment, before, during, and after the Date of the Alleged Infringement, I have not owned an interest in any business (corporation, LLC, partnership or otherwise) that would derive revenue from the District of Columbia or otherwise operate in the District of Columbia.

I declare that under penalty of perjury that the foregoing is true and correct this 7th day September, 2010.

JOHN DOE # 32[2]

_John Doe #32_

---

[2] The declarant is signing as "John Doe # 32" so as to not render the subject of the Omnibus Motion moot. See docket item #24 which states: "Mr. Wright did not do that and basically has mooted his own motion to quash." If the Court desires John Doe # 32's personal information, counsel would be happy to provide it, preferably *in camera*.

## CERTIFICATE OF SERVICE

I am ___the attorney of John Doe #3___. On ___September 10, 2010___ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057


        I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

                            CAREY N. LENING
                            D.C Bar No.: 499284
                            LAW OFFICE OF CAREY N. LENING
                            1325 G. St. NW Ste. 500
                            Washington, DC 20005
                            (202) 709-4529

                            Attorney for Defendant

## DECLARATION OF JOHN DOE 33 IN SUPPORT OF CONSOLIDATED MOTION TO QUASH AND MOTION TO DISMISS

1. I am John Doe No. 33[1], a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP address 98.194.244.114 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Dickinson, TX where I have lived since June 2006.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia. I declare under the laws of the United States that the foregoing is true and correct.

John Doe #33
IP Address 98,194.244.114

DATE: 09/08/2010

John Doe No.33

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Consolidated Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an in camera filing.

## DECLARATION OF JOHN DOE 34 IN SUPPORT OF CONSOLIDATED MOTION TO QUASH AND MOTION TO DISMISS

1. I am John Doe No. 34[1], a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP address 75.75.98.29 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Salem, VA where I have lived since 05/22/2005.

3. I have not transacted any business in the District of Columbia.

4. I have not contracted to supply services in the District of Columbia.

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia. I declare under the laws of the United States that the foregoing is true and correct.


DATE: 09/07/2010

John Doe No. 34  IP 75.75.98.29
John Doe No. 34

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Consolidated Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an in camera filing.

## DECLARATION OF JOHN DOE 35 IN SUPPORT OF CONSOLIDATED MOTION TO QUASH AND MOTION TO DISMISS

1. I am John Doe No. 35[1], a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP address 76.114.128.118 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Waldorf, MD where I have lived since 7/2006.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia. I declare under the laws of the United States that the foregoing is true and correct.

DATE: 09/08/2010

JOHN DOE NO 35

John Doe No. 35

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Consolidated Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an in camera filing.

## <u>DECLARATION OF JOHN DOE 36 IN SUPPORT OF CONSOLIDATED</u> <u>MOTION TO QUASH AND MOTION TO DISMISS</u>

1. I am John Doe No. 36[1], a customer of Cox Communications ("Cox") who received a letter from Cox on or about August 9, 2010 advising me that Cox would release my personal information associated with IP address 68.12.146.153 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Oklahoma City, OK, where I have lived since April, 1999.

3. I have not transacted any business in the District of Columbia

4. I have not contracted to supply services in the District of Columbia.

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia. I declare under the laws of the United States that the foregoing is true and correct.

DATE: 09/07/2010

John Doe No. 36 (IP: 68.12.146.15
John Doe No. 36

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Consolidated Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an in camera filing.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO, | ) Case No.: 1:10-cv-00453-RMC |
| | ) |
| BETEILIGUNGS GMBH | ) |
| | ) Declaration of John Doe No. 37 in Support |
| Plaintiff, | ) of Omnibus Motion to Quash Subpoena |
| | ) Pursuant to Fed. R. Civ. P. 45(c)(3) and |
| v. | ) Motion to Dismiss Pursuant to Fed. R. |
| | ) Civ. P. 12(b)(2) |
| | ) |
| | ) |
| DOES 1-4,577 | ) |
| | ) |
| Defendant | ) |
| | ) |

DECLARATION OF JOHN DOE NO. 37 IN SUPPORT OF OMNIBUS MOTION TO
QUASH SUBPOENA PURSUANT TO FED R. CIV. P. 45(C)(3) AND MOTION TO
DISMISS PURSUANT TO FED R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 37 and hereby declares:

1. I am John Doe No. 37[1], a customer of Comcast ("Comcast") who received a letter from

   Comcast on or about August 20, 2010 advising me that Comcast would release my personal

   information associated with IP address 98.255.9.15 to the Plaintiff in this action in response

   to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Citrus Heights, California where I have lived since July 2005. Previous to

   that I lived in Sacramento, California from July 2000 through June 2005.

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

3. I have not transacted any business in the District of Columbia.

4. I have not contracted to supply services in the District of Columbia.

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: 09-08-10                    John Doe No. 37

                                  John Doe No. 37

## CERTIFICATE OF SERVICE

I am the Attorney of John Doe #37. On ___Sept. 16, 2010___ I sent a true and complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their attorneys of record via United States Mail:


Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175


Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319


Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NJ 08057


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW  OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO | ) Case No.: 1:10-cv-00453-RMC |
| | ) |
| BETEILIGUNGS GMBH | ) |
| | ) Declaration of John Doe No. 39 in Support of |
| Plaintiff, | ) Omnibus Motion to Quash Subpoena Pursuant |
| | ) to Fed. R. Civ. P. 45(c)(3) and Motion to |
| v. | ) Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| | ) |
| | ) |
| | ) |
| DOES 1-4,577 | ) |
| | ) |
| Defendant | ) |
| | ) |

**DECLARATION OF JOHN DOE NO. 39 IN SUPPORT OF OMNIBUS MOTION TO
QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO
DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)**

COMES NOW JOHN DOE NO. 39 and hereby declares:

1. I am John Doe No. 39[1], a customer of Comcast ("Comcast") who received a letter

    from Comcast on or about August 20, 2010 advising me that Comcast would release

    my personal information associated with IP address 71.235.60.12 to the Plaintiff in

    this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by

    September 10, 2010.

2. I am a resident of Hamden, CT where I have lived since _2009_.

3. I have not transacted any business in the District of Columbia.

4. I have not contracted to supply services in the District of Columbia.

---

[1]      The real party in interest is signing this Declaration with a pseudonym so as not to moot
the subject matter of the Omnibus Motion.  If the Court wishes, the real party in interest's true
name will be disclosed to the Court in an *in camera* filing.

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States, and penalty of perjury, that the foregoing is true and correct.

DATE: 2|8|2010

John Doe No. 39

## CERTIFICATE OF SERVICE

I am the attorney of John Doe # 39   .  On _Sept. 10, 2010_   I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.. 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO | Case No.: 1:10-cv-00453-RMC |
| BETEILIGUNGS GMBH | Declaration of John Doe No. 40 in Support of Omnibus Motion to Quash Subpoena Pursuant to Fed. R. Civ. P. 45(c)(3) and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| Plaintiff, | |
| v. | |
| DOES 1-4,577 | |
| Defendant | |

## DECLARATION OF JOHN DOE NO. 40 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 40 and hereby declares:

1. I am John Doe No. 40[1], a customer of Comcast ("Comcast") who received a letter from Comcast on or about August 20, 2010 advising me that Comcast would release my personal information associated with IP address 67.160.123.244 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Seattle, WA where I have lived since _1983_.

3. I have not transacted any business in the District of Columbia.

4. I have not contracted to supply services in the District of Columbia.

5. I have no interest in any real property located in the District of Columbia.

---

[1]    The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States, and penalty of perjury, that the foregoing is true and correct.

DATE: _9/8/2010_

_John Doe 40_

John Doe No. 40

## CERTIFICATE OF SERVICE

I am the attorney of John Doe # 40    . On _Sept. 10, 2010_____ I sent a true and

complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or

their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, Nl 08057


I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO<br><br>BETEILIGUNGS GMBH<br><br>Plaintiff,<br><br>v.<br><br><br>DOES 1-4,577<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:10-cv-00453-RMC

Declaration of John Doe No. 776 in Support
of Omnibus Motion to Quash Subpoena
Pursuant to Fed. R. Civ. P. 45(c)(3) and
Motion to Dismiss Pursuant to Fed. R. Civ. P.
12(b)(2)

## DECLARATION OF JOHN DOE NO. 776 IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 776 and hereby declares:

1. I am John Doe No. 776[1]., a customer of Comcast ("Comcast") who received a letter

   from Comcast on or about August 20, 2010 advising me that Comcast would release

   my personal information associated with IP address 71.230.15.46 to the Plaintiff in

   this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by

   September 10, 2010.

2. I am a resident of Pennsylvania where I have lived since 09/06 .

3. I have not transacted any business in the District of Columbia.

4. I have not contracted to supply services in the District of Columbia.

5. I have no interest in any real property located in the District of Columbia.

---

[1]     The real party in interest is signing this Declaration with a pseudonym so as not to moot
the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true
name will be disclosed to the Court in an *in camera* filing.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: September 9, 2010

John Doe No. 776

## CERTIFICATE OF SERVICE

I am the attorney of John Doe #776.  On 09/09/2010 I sent a true and complete copy of

the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their attorneys of

record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NJ 08057


I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

CAREY N. LENING
D.C Bar No.: 499284
LAW OFFICE OF CAREY N. LENING
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

*Attorney for Defendant*

1   CAREY N. LENING
    D.C Bar No.: 499284
    LAW OFFICE OF CAREY N. LENING
2   1325 G. St. NW Ste. 500
    Washington, DC 20005
3   (202) 709-4529
    http://dcprivacylaw.com/
4
    CHRISTINA A. DiEDOARDO
5   Nevada Bar No. 9543
    California Bar No. 258714
6   LAW OFFICES OF CHRISTINA DiEDOARDO
    201 Spear Street Suite 1100
7   San Francisco, CA 94105
    (415) 839-5098
8   Christina@diedoardolaw.com
    Pro Hac Vice Appearance Applied For
9
    Attorneys for Defendants
10

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH | Case No.: 1:10-cv-00453-RMC |
| Plaintiff, | Declaration of John Doe No. 1 (aka "Pat Doe") in Support of Omnibus Motion to Quash Subpoena Pursuant to Fed. R. Civ. P. 45(c)(3) and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) |
| v. | |
| DOES 1-4,577 | |
| Defendant | |

## DECLARATION OF JOHN DOE NO. 1 (AKA "PAT DOE") IN SUPPORT OF OMNIBUS MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(C)(3) AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

COMES NOW JOHN DOE NO. 1, aka "PAT DOE" and hereby declares:

1. I am Pat Doe, aka John Doe No. 1[1]., a customer of Cox Communications ("Cox") who received a letter from Cox on or about August 9, 2010 advising me that Cox would release my personal information associated with IP address 24.253.45.84 to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by September 10, 2010.

2. I am a resident of Las Vegas, Nevada where I have lived since November 24, 2009. Previous to that I lived in Appleton, Wis., from October 1977 through November 22, 2009.

3. I have not transacted any business in the District of Columbia

4. I have contracted to supply services in the District of Columbia

5. I have no interest in any real property located in the District of Columbia.

6. I do not use any real property located in the District of Columbia.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation or agreement located or executed or to be performed in the District of Columbia.

8. I do not regularly do or solicit business in the District of Columbia.

9. I do not derive any income, much less substantial income, from the District of Columbia.

10. I do not engage in any other persistent course of conduct in the District of Columbia.

//

---

[1] The real party in interest is signing this Declaration with a pseudonym so as not to moot the subject matter of the Omnibus Motion. If the Court wishes, the real party in interest's true name will be disclosed to the Court in an *in camera* filing.

I declare under the laws of the United States that the foregoing is true and correct.

DATE: 08/25/2010

*Pat Doe*

Pat Doe

## CERTIFICATE OF SERVICE

I am _the attorney for Pat Doe_ . On _Sept. 10, 2010_ I sent a true and complete copy of the foregoing MOTION TO QUASH/DISMISS to the following parties and/or their attorneys of record via United States Mail:

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Saquonna Wheeler
Subpoena Coordinator
Cox Communications
1400 Lake Hearn Drive
Atlanta GA 30319

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NI 08057

I also sent a courtesy copy to:

The Hon. Rosemary M. Collyer
United States District Judge
333 Constitution Avenue N.W.
Washington D.C. 20001

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DC Bar 499284

-3-