IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-4,577<br><br>Defendant | Case No.: 1:10-cv-00453-RMC<br><br>Leave to file GRANTED<br>RM Collyer<br>9/13/10 |

### MOTION TO ADMIT CHRISTINA A. DIEDOARDO *PRO HAC VICE*

NOW COMES Carey N. Lening, an attorney admitted to the Bar of this Court and in good standing and respectfully moves for the admission of Christina A. DiEdoardo, *pro hac vice*, as co-counsel with Ms. Lening in this proceeding. As grounds therefore, movant states:

1. Ms. DiEdoardo is a member in good standing of the State Bar of California and the State Bar of Nevada. She is also admitted to practice before the federal courts of California and Nevada as well as the Court of Appeals for the Ninth Circuit.

2. Ms. DiEdoardo is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Ms. DiEdoardo possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Christina A. DiEdoardo *pro hac vice* as co-counsel with Movant in this proceeding.

RECEIVED
SEP 10 2010
Clerk, U.S. District and Bankruptcy Courts

-1-

Dated this 10th day of September, 2010

Respectfully submitted,

_____
Carey N. Lening (D.C. Bar. 499284)
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-4,577<br><br>Defendant | Case No.: 1:10-cv-00453-RMC |

**DECLARATION OF CHRISTINA A. DiEDOARDO IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

I, Christina A. DiEdoardo, hereby declare under penalty of perjury

1. My full name is Christina Ann-Marie DiEdoardo.

2. My office address is 201 Spear Street Suite 1100 San Francisco, California 94105 and my office telephone number is (415) 839-5098.

3. I am a member in good standing of the State Bar of California and the State Bar of Nevada. I am also admitted to practice before all federal courts in California and Nevada as well as the Court of Appeals for the Ninth Circuit.

4. I have not been disciplined by the Bar of any State.

5. I have not previously applied for nor been admitted on a *pro hac vice* basis in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of August, 2010 in San Francisco, California

/S/Christina A. DiEdoardo