## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ACHTE/NEUNTE BOLL KINO
BETEILIGUNGS GMBH & CO KG,
Plaintiff,

v.                                              CA. 1:10-cv-00453-RMC

DOES 1 - 2,094
Defendant.

### [PROPOSED] ORDER ADMITTING BRADFORD A. PATRICK *PRO HAC VICE*

Upon the Motion of Carey N. Lening, a member in good standing of this Court, to admit

Bradford A. Patrick *pro hac vice*, and being fully advised in the premises, it is hereby,

ORDERED, that such Motion is GRANTED, and it is further,

ORDERED that Bradford A. Patrick is admitted to the bar of this Court *pro hac vice* as

counsel and representative of *John Does 21-26* in this case.

DATED this _____ day of _____, 2010.


_____
United States District Judge