AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:10-cv-00453-RMC |
| DOES 1-4,577 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe 1, (Deft); John Doe 2 (Deft.) John Doe 3 (Deft); Ernie Mitchell (Formerly a Doe Deft)     .

Date:       09/16/2010

/s/Christina A. DiEdoardo
*Attorney's signature*

Christina A, DiEdoardo CA Bar 258714, NVBar 9543
*Printed name and bar number*

Law Offices of Christina DiEdoardo
201 Spear Street #1100
San Francisco CA 94105

*Address*

christina@diedoardolaw.com
*E-mail address*

(415) 839-5098
*Telephone number*

(415) 255-7535
*FAX number*