**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ACHTE/NEUNTE BOLL KINO
BETEILIGUNGS GMBH & CO KG,
Plaintiff,

v.                                                                              CA. 1:10-cv-00453-RMC

DOES 1 – 4,577
Defendants.

## NOTICE OF APPEARANCE

The undersigned counsel, Bradford A. Patrick, Esq. of Law Offices of Bradford A. Patrick PA, admitted *pro hac vice* to appear before this court, enters his appearance on behalf of Defendants DOES 21, 22, 23, 24, 25, and 26 in the above-styled cause of action, and requests that copies of all pleadings, motions, notices, orders, correspondence, discovery and all other papers filed in this cause be served upon Defendants via counsel's address below.

    /s/ Bradford A. Patrick_____
Bradford A. Patrick, Esq.
LAW OFFICE OF BRADFORD A. PATRICK, PA
Attorney for DOES 21-26
Florida Bar No.: 0529850
3001 North Rocky Point Drive East, Ste 200
Tampa, FL 33607
Telephone: (813) 384-8548
Facsimile: (813) 333-7321
bap@baplegal.com