11857 K, Irenny Road
midlothian, Virginia 23113
September 19, 2010

I hereby enter a motion to quash my name and comcast file #174940 from the subpoena from the United States District court for the District of Columbia Docket No: 1:10-cv-00453-RMC. No person residing at this IP address has ever to my knowledge viewed nor downloaded and copied the said movies listed in the subpoena. It can not be found to ever have been on any computer located at this IP address.

Sincerely

Pete A. Fearnley

Pete A. Fearnley

Let this be filed
RM Colly
9/23/10