# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG | : |
| Plaintiff, | : |
| v. | :    CA. 1:10-cv-00453-RMC |
| DOES 1-4,577 | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

COMES NOW, Blair Chintella, by and on behalf of defendant Samir El-Gindi

("Defendant") *pro bono* and makes this notice of appearance pursuant to Local Rule 83.6(a):

> Blair Chintella
> 2345 Peachwood Circle NE
> Apt. 1213
> Atlanta, GA 30345
> (404) 579-9668
> bchintel1@gmail.com

## CERTIFICATE OF PRO BONO REPRESENTATION

Chintella hereby certifies that he is currently representing Defendant pro bono in this case, such certification being required by Local Rule 83.2(g).

I certify under the penalty of perjury that the foregoing is correct.

Blair Chintella
GA Bar No. 510109
2345 Peachwood Circle NE
Apt. 1213
Atlanta, GA 30345
(404) 579-9668
bchintel1@gmail.com

## CERTIFICATE OF FAMILIARITY WITH LOCAL RULES

Pursuant to Local Rule 44.1(h), Blair Chintella hereby certifies that he is personally familiar with the local rules governing proceedings in this Court.

I certify under the penalty of perjury that the foregoing is correct.

Blair Chintella
GA Bar No. 510109
2345 Peachwood Circle NE
Apt. 1213
Atlanta, GA 30345
(404) 579-9668
bchintel1@gmail.com

## CERTIFICATE OF SERVICE

I am an attorney for Defendant. On October 6th, 2010, I sent a true and complete copy of the foregoing Notice of Appearance to the following parties and/or their attorneys of record via United States mail and e-mail address:

Mr. Nicholas Kurtz
Dunlap, Grubb & Weaver, PLLC
1200 G. Street, NW Suit 800
Washington, DC 20005
Telephone 202-316-8558
Facsimile: 202-318-0242
nkurtz@dglegal.com

I certify under the penalty of perjury that the foregoing is correct.

Respectfully Submitted,

Blair Chintella
GA Bar No. 510109
2345 Peachwood Circle NE
Apt. 1213
Atlanta, GA 30345
(404) 579-9668
bchintel1@gmail.com