UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACHTE/NEUNTE BOLL KINO** ) | |
| **BETEILIGUNGS GMBH & CO KG** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CA. No. 1:10-cv-00453-RMC |
| ) | |
| **DOES 1 – 4,577** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**CONSENT MOTION TO WITHDRAW MOTION TO QUASH SUBPOENA/MOTION**

**TO DISMISS AS IT PERTAINS TO SAMIR EL-GINDI**

1

The parties hereby move to withdraw the subpoena and the motion to quash the subpoena/motion to dismiss [Doc. No. 77] as it pertains to Doe Defendant Samir El-Gindi.  Good cause exists to withdraw the motion for this one Doe Defendant, as the parties have reached an amicable resolution of this matter.  The parties request that Mr. El-Gindi be relieved of any requirement to provide the Court with his address, phone number, and email address.  [See e.g., Doc. No. 91]   This consented withdrawal does not affect the remainder of Doc. No. 77, which is an omnibus motion made on behalf of multiple Doe Defendants, or any other moving Doe Defendant.

Date: October 7, 2010

Respectfully submitted,

By ___/s/_____
Thomas M. Dunlap (D.C. Bar No. 471319)
Nicholas A. Kurtz (D.C. Bar No. 980091)
DUNLAP, GRUBB & WEAVER PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone:  202.316.8558
Facsimile:  202.318.0242
Email: tdunlap@dglegal.com
       nkurtz@dglegal.com

*Attorneys for Plaintiff Achte/Neunte Boll Kino Beteiligungs GMBH & CO KG*

By ___/s/_____
Blair Chintella
2345 Peachwood Circle NE
Apt. 1213
Atlanta, GA 30345
Telephone: 404.579-9668
Email: bchintel1@gmail.com

*Attorney for Moving Doe Defendant Samir El-Gindi*