**INTERESTED PARTIES IDENTIFICATION CHART**

| Doe # | Name | Address | Email | Phone Number | IP Address | Attorney |
|---|---|---|---|---|---|---|
| Pat Doe 1 | Bernard Oh | 328 S. Buffalo Drive Apt 202, Las Vegas, NV 89145 | einreb@att.net | 702-771-1359 | 24.253.45.84 | DiEdoardo |
| John Doe 2 | Louis Nuyens | P.O Box 287, Forrest Knolls, CA 94933 | Lou@primavoce.org | 415-717-0140 | 76.126.176.26 | DiEdoardo |
| John Doe 3 | Hafez Modi | 5533 Harwood Drive San Jose CA 95124-6233 | yegijoon@yahoo.com | N/A | 98.234.169.52 | DiEdoardo |
| John Doe 4 | Nickolas Wayne Sullivan | 375 Hillcrest Rd. Apt. B206 Mobile, Alabama 36608 | concerned.persons@yahoo.com | 612-272-2301 | 68.63.76.177 | Lening |
| John Doe 5 | James Herald | 13 Puri Lane, Stafford, VA 22554 | jimherald@gmail | 540-628-0460 | 98.244.108.142 | Lening |
| John Doe 6 | Randy Cobb | 2829 13th pl, Forest Grove, Oregon 97116 | res19ulk@comcast.net | 503-992-1441 | 76.105.202.30 | Lening |
| John Doe 7 | Anthony DeMarco | 8432 S D st., Takoma, WA | td17@comcast.net | 253-212-1414 | 24.19.133.121 | Lening |
| John Doe 8 | Joseph J. Mauer, Jr. | 5065 Old Salem Road, Springfield, IL 62711 | mwrpwr5@aol.com | 217-523-6692 | 98.215.215.68 | Lening |

**INTERESTED PARTIES IDENTIFICATION CHART**

| | | | | | | |
|---|---|---|---|---|---|---|
| John Doe 9 | Chris Widmer | 2408 Park Hill Dr., Longview, WA 98632-5764 | jpwidmer@q.com | 360-430-0707 | 98.232.152.166 | Lening |
| John Doe 10 | Keenan Conrad | 219 E Garfield #505 / Seattle, WA 98102 | keenan@seattlegeek.net | 206-351-1444 | 98.232.14.47 | Lening |
| John Doe 11 | Mary Wright | 39 Stevens Ct., Hampton VA | macmae2@cox.net | 757-826-1235 | 98.166.240.65 | Lening |
| John Doe 12 | **David La** | Redmond, WA | | | 67.170.74.82 | Lening |
| John Doe 13 | Dawn Owen | 3645 Wings Way, North Highlands, CA 95660 | dawnowen101@comcast.net | (916)332-2315 | 24.7.185.157 | Lening |
| John Doe 14 | Mark Chabotte | 2109 Alston Pl., Fairfield, CA 94533 | markchabotte@hotmail.com | (707)437-4972 | 71.202.253.148 | Lening |
| John Doe 15 | Mark Wannamaker | 1420 Bowser Drive, Colorado Springs, CO 80909 | | 719-360-0288 | 24.8.197.179 | Mectit |
| John Doe 16 | Kevin Noun | 1506 Stone Field Drive, Dekalb, IL 60115 | | 847-878-8684 | 98.228.180.130 | Mectit |
| John Doe 21 | Taunnia Bockmier | 1723 West Spofford, Spokane, WA 99205 | ladyt68@comcast.net | 509-998-3494 | 67.185.180.15 | Patrick |

**INTERESTED PARTIES IDENTIFICATION CHART**

| | | | | | | |
|---|---|---|---|---|---|---|
| John Doe 22 | Dennis Rivera | 17920 22nd Place W, Lynnwood, WA 98037 | denriv@comcast.net | | 76.121.211.115 | Patrick |
| John Doe 23 | Michelle Sutton | Kodiak, AK | indian_angel72@hotmail.com | 907.654.6757 | 67.171.17.71 | Patrick |
| John Doe 24 | C. Bruce Trzcinski | 2909 Meridian Court, Anacortes, WA 98221 | trzb@comcast.net | 360-293-5636 | 98.203.134.206 | Patrick |
| John Doe 25 | Robert Scott Mason | 4531 133rd Ave. SE, Bellevue, WA 98006 | robertscottmason@comcast.n | (425) 644-7252 | 76.104.162.56 | Patrick |
| John Doe 26 | Eric Fischer | Walla Walla, WA | fiscer04@gmail.com | | 24.22.62.208 | Patrick |
| John Doe 29 | **Settled** | | | | 76.110.116.238 | Lening |
| John Doe 33 | John Dunn | 5521 Lanis Street, Dickinson, TX 77539 | | 281-508-1382 | 98.194.244.114 | Mectit |
| John Doe 34 | Jimmy Hutton | 2822 Silverleaf Drive, Salem, VA 24153 | | 540-589-4054 | 75.75.98.29 | Mectit |
| John Doe 35 | Luis Rasmussen | 13996 Wetherburn Street, Waldorf, MD 20601 | | 240-271-7243 | 76.114.128.118 | Mectit |
| John Doe 36 | Art Mullen | 2530 NW 19th Street, Oklahoma, OK 73107 | | 450-314-4801 | 68.12.146.153 | Mectit |

**INTERESTED PARTIES IDENTIFICATION CHART**

| | | | | | | |
|---|---|---|---|---|---|---|
| John Doe 37 | Ivan Sushchik | 7110 Cedar Park Ct., Citrus Heights, CA 95621 | ivansushchik@yahoo.com | (916) 723-2645 | 98.255.9.15 | Lening |
| Jane Doe 38 | Jessica Burke | 1719 Ashland Street, Hastings, MN 55033 | jessica_valentine@hotmail.com | 651-788-2640 | 66.41.149.234 | Lening |
| John Doe 39 | Jerry Joseph | 11322 Town Walk Drive, Hamden, CT 06518 | jermjo@hotmail.com | 678-429-9349 | 71.235.60.12 | Lening |
| John Doe 40 | Peter Anderson | 2301 W. Lynn St #404, Seattle, WA 98199 | Peterjanderson04@comcast.net | 206.465.4259 | 67.160.123.244 | Lening |
| John Doe 776 | David Lyons | Pennsylvania | | | 71.230.15.46 | Lening |
| | Ernie Mitchell | 21522 Kinsale Drive Lake Forest, CA 92630 | emitchell21522@yahoo.com | 714-296-6521 | 68.5.11.223 | DiEdoardo |
| | Terry White | 3455 Frances Street Cottonwood, CA 96072 | taw1463@yahoo.com | 530-347-1172 | 69.238.197.190 and 69.224.98.18 | DiEdoardo |
| | Steven Demanett | 370 University Ave., Painesville, Ohio 44077 | stevendemanett@gmail.com | 440-812-0829 | 99.140.85.21 | Lening |

**INTERESTED PARTIES IDENTIFICATION CHART**

| | | | | | | |
|---|---|---|---|---|---|---|
| **John "Roy" Schlaerth** | 5310 Sequoia Drive Minnetonka, MN 55345 | | | | 71.206.95.14 | Lening |
| Kirk Larson | 2954 Payne Ave, Little Canada, MN 55117 | klarson1@gmail.com | | 612-751-2229 | 66.41.28.245 | Lening |