IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG, Plaintiff, <br><br> v. <br><br> DOES 1 – 4,577 Defendants. | CA. 1:10-cv-00453-RMC |

### NOTICE OF FILING ADDITIONAL DECLARATIONS IN SUPPORT OF OMNIBUS MOTION TO QUASH AND MOTION TO DISMISS (DKT. 77)

COME NOW TERRY WHITE, STEVEN DEMANETT, KIRK LARSON, and JOHN SCHLAERTH, and file the attached declarations in support of the Omnibus Motion to Quash and Motion to Dismiss [Dkt. 77]. These defendants provided their identifying information in conformity with the Court's Order requiring disclosure of John Doe identifying information [Dkt. 91].

/S/ Bradford A. Patrick
Bradford A. Patrick, Esq.
LAW OFFICE OF BRADFORD A. PATRICK, PA
Florida Bar No.: 0529850
3001 North Rocky Point Drive East, Ste 200
Tampa, FL 33607
Telephone: (813) 384-8548
Facsimile: (813) 333-7321
bap@baplegal.com

/S/ CAREY N. LENING
CAREY N. LENING, ESQ.
LAW OFFICE OF CAREY N. LENING
DC Bar No. 449284
1325 G. St. NW Ste. 500
Washington, DC 20005
(202) 709-4529
carey.lening@careylening.com

/S/ TUNA MECIT
Tuna Mecit
TUNA MECIT
D.C. Bar No.: 493947
USDC for DC Bar No.: MD 27656
Washington, D.C. 20016
Tel: (202) 744-2443
Fax: (202) 237-5383
Email: tmecit@gmail.com

/S/ CHRISTINA A. DiEDOARDO
CHRISTINA A. DiEDOARDO
LAW OFFICES OF CHRISTINA DiEDOARDO
Nevada Bar No. 9543
California Bar No. 258714
201 Spear Street Suite 1100
San Francisco, CA 94105
(415) 839-5098
Christina@diedoardolaw.com
Appearing Pro Hac Vice

## CERTIFICATE OF SERVICE

      I, Bradford A. Patrick, on October 9, 2010 filed the foregoing NOTICE OF FILING ADDITIONAL DECLARATIONS IN SUPPORT OF OMNIBUS MOTION TO QUASH AND MOTION TO DISMISS (DKT. 77) via the CM/ECF system, and to the attached service list by non-ECF means.

**SERVICE LIST**

Mr. Nicholas A. Kurtz, Esq.,
Dunlap, Grubb & Weaver PLLC
199 Liberty Street S.W.
Leesburg, VA 20175

Ms. Rhonda K. Compton
Legal Compliance Department
AT&T Internet Services
1010 N. St. Mary's Street Suite 315-A2
San Antonio, TX 78215
**Via Facsimile:** 707-435-6409

RANDY ANSELL
8 Longview Drive
Avella, PA 15312
PRO SE

WILLIAM J. WRIGHT
P.O. Box 1442
Coos Bay, OR 97420
(541) 267 - 2588
PRO SE

ELISE BUEL
3287 North Pershing Avenue
San Bernardino, CA 92405
PRO SE

HANNAH M. BULL
2524 Commonwealth Drive
Apartment #54
Junction City, KS 66441
(785) 223-1567

PRO SE

OLEG UDUD
3314 Northside Drive
Apartment #86
Key West, FL 33040
(305) 304 - 8190
PRO SE

KENNETH A. EDMUNDS
220 Cross Park Drive
Apartment #D42
Pearl, MS 39208
(601) 988-8831
PRO SE

NATHAN KILLIAN
2255 Lenox Road, NE
Apartment #B-23
Atlanta, GA 30324
(573) 864-3564
PRO SE

MICHAEL E. BILLER
651 East Eagle Lane
Gilbert, AZ 85296
(831) 915-6723
PRO SE

DONALD MEALEY
311 Pasadena Drive
Magnolia, NJ 08049
(856) 784-7203
PRO SE

BOUNHEUANE HOUANGUILAY

3025 Carson Street
Aurora, CO 80011
(303) 360-6206
PRO SE

MICHELLE P. FELIX
6103 Forest Villas Circle
Fort Myers, FL 33908
(239) 362-8866
PRO SE

REYNALD BOZIL
100 New Road
Unit D20
Somers Point, NJ 08244
(609) 418-90009
PRO SE

ROBERT HUBBARD
386 North Main Street, Rear
Randolph, MA 02369
(617) 827-1455
PRO SE

JOHN KILGORE
318 North 23rd Avenue West
Duluth, MN 55806
PRO SE

ERNIE MITCHELL
Defendant
21522 Kinsale Drive
Lake Forest, CA 92630-8067

MARIE C. MOISSONNIER
34 Central Avenue
New Brunswick, NJ 08816
(732) 387-8015
PRO SE

KEITH LENHART
5413 Chatswood Way
Sacramento, CA 95843
(916) 835-9073
PRO SE

TALAL BARGHOUTHI
P.O. Box 7898
Freemont, CA 94537-7898
PRO SE

KALEY M. TWYFORD
1206 24th Avenue Court
Apartment D
Milton, WA 98354
(253) 307-4221
PRO SE