UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 4,577 )<br>)<br>Defendants. )<br>_____ ) | CA. No. 1:10-cv-00453-RMC |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO WITHDRAW MOTION TO QUASH SUBPOENA/MOTION TO DISMISS AS IT PERTAINS TO SAMIR EL-GINDI

The Court having considered the parties' motion to withdraw the subpoena and the motion to quash the subpoena/motion to dismiss [Doc. No. 77] as it pertains to Doe Defendant Samir El-Gindi;

ORDERED, good cause having been shown, the motion to quash the subpoena/motion to dismiss shall be withdrawn and no further filings or orders shall issue regarding Mr. El-Gindi. Mr. El-Gindi shall be relieved of any requirement to provide the Court with his address, phone number, and email address. This Order does not affect the remainder of Doc. No. 77, which is an omnibus motion made on behalf of multiple Doe Defendants, or any other moving Doe Defendant.

Dated: 10/8/10

Hon. Rosemary M. Collyer
United States District Judge