EXHIBIT A
LIST OF NAMED DEFENDANTS NOT INITIALLY INCLUDED

| DOE # | NAME | ADDRESS | EMAIL | PHONE | IP ADDDRESS | ATTORNEY |
|---|---|---|---|---|---|---|
| John Doe #12 | David La | 12811 103 Ct. Rd., Redmond WA 98052 | Crimsonskies@gmail.com | 310.951.9939 | 67.170.74.82 | Lening |
| John Doe # 776 | David J. Lyons | 425 Kemmerer Road State College, PA16807 | djl272@psu.edu | 814-360-1214 | 71.230.15.46 | Lening |
| New Declarant | John Roy Schlaerth | 5310 Sequoia Drive Minnetonka, MN 55345 | johnschlaerth2002@comcast.net | 952.474.2242 | 71.206.95.14 | Lening |