UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1 - 4,577,<br><br>Defendants. | CA. 1:10-cv-00453-RMC |

### NOTICE OF MOTION TO IDENTITY MYSELF

NOTICE IS GIVEN that defendant DOES "IP ADDRESS 76.29.149.94" appears Specially to make this motion to identity myself to the court and plaintiff per court order dated September 16, 2010.

NAME: Jeffery P Cook

ADDRESS: 30909 Sealine Dr. / Leesburg, Florida / 34748

PHONE: (352)326-5240

EMAIL ADDRESS: jcook249@comcast.net

To attorney of record: Nicholas A. Kurtz of Dunlap, Grubb & Weaver, PLLC, 1200 G Street, NW Suite 800, Washington, DC 20005, For Plaintiff: ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG. And to: John D. Seiver of Davis Wright Tremaine LLP,

RECEIVED
OCT 2 1 2010
Clerk, U.S. District and
Bankruptcy Courts

(1)

1919 Pennsylvania Ave., NW, Suite 200, Washington, DC 20006 attorney for Non-Party Comcast Cable Communications.

Date: October 18, 2010                              Respectfully submitted,

<u>Jeffery P. Cook</u>

A copy of this motion was sent to by US Mail:

Clerk of Court

U.S. District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington, D.C. 20001

Attorney for Plaintiff ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG.

Nicholas A. Kurtz

Dunlap, Grubb & Weaver, PLLC,

1200 G Street, NW Suite 800

Washington, DC 20005

Attorney for Non-Party Comcast Cable Communications.

John D. Seiver

Davis Wright Tremaine LLP

1919 Pennsylvania Ave., NW, Suite 200

Washington, DC 20006