UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| Achte/Neunte Boll Kino Beteiligungs GMBH & CO KG<br>　　　　　Plaintiff, | |
| v | Civil Action No (Docket Number)<br>**1:10-cv-00453-RMC** |
| Michelle P Felix<br>　　　　　pro se, | |
| and multiple John Does | |
| 　　　　　Defendants, | |

---

## NOTICE OF CHANGE OF ADDRESS

**Filed under penalty of perjury**

Notice is hereby given that I, Michelle P Felix, a party at the above case, am filing this change of address, effective October 21, 2010, and providing an electronic mail (email) address as requested by the court

| | |
|---|---|
| Mailing Address. | Michelle P Felix<br>P O. Box 61831<br>Fort Myers, FL 33906-1831 |
| Electronic Mail Address | a-unica@hotmail com |
| Dated | October 21, 2010 |

_Michelle P Felix_
Michelle P Felix

**RECEIVED**

OCT 2 5 2010

Clerk, U.S. District and
Bankruptcy Courts