UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Achte/Neunte Boll-Kino Beteiligungs | ) |
| | ) |
| GMBH & Co. KG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. (or Docket No.) |
| | ) |
| V. | ) 1:10-cv-00453-RMC |
| | ) |
| | ) |
| | ) |
| Nathan Killian | ) |
| | ) |
| ,pro se | ) |
| | ) |
| 573-864-3564 | ) |
| | ) |
| and multiple John Does | ) |
| | ) |
| Defendants, | ) |

*Leave to file GRANTED*
*RMC 11/1/10*

## NOTICE IN COMPLIANCE WITH ORDER
## DATED SEPTEMBER 16, 2010

COMES NOW Nathan Killian, *pro se*, and files this notice in compliance with the

Judge's order dated September 16, 2010, to identify himself, and details the following

information:

**RECEIVED**

OCT - 8 2010

Clerk, U.S. District and
Bankruptcy Courts

Nathan Killian
2255 Lenox Road NE Apt B-23
Atlanta, Georgia  30324
(573) 864-3564
njkillian@gmail.com

Submitted this __4th__ day of October, 2010.

Nathan Killian
*Pro se*
2255 Lenox Road NE Apt B-23
Atlanta, Georgia  30324
(573) 864-3564
njkillian@gmail.com