UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO ) <br> BETEILIGUNGS GMBH & CO KG ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> V. ) <br> ) <br> ) <br> Michael E. Biller ,pro se ) <br> 831 915 6723 ) <br> and multiple John Does ) <br> ) <br> Defendants, ) <br> ) | Civil Action No. <br> 1:10-cv-00453-RMC <br><br> RECEIVED <br><br> NOV - 1 2010 <br><br> Clerk, U.S. District and <br> Bankruptcy Courts |

*Let this be filed — RMC 11/3/10*

**NOTICE TO THE COURT OF PERSONAL IDENTIFICATION INFORMATION IN RESPONSE TO COURT ORDER [DOC. NO 91]**

**Filed Under Penalty of Perjury**

The undersigned, pro se, responding to the court order [DOC. NO 91] to provide information regarding personal identification. I cannot afford an attorney to defend myself into a district thousands of miles away from my location so please accept any incorrect formats in this notice to the court.

    I, Michael E. Biller, certify that all the information contained in this notice to the court is true and correct. My name is Michael E Biller. I live at 651 East Eagle lane in Gilbert Arizona, area code 85296. My telephone number is 1-831-915-6723 and an email address that I use is coolguy1113@live.com. For the record I have filed several motions

regarding this civil action and I have received only one order/notification denying my motion to proceed anonymously. In my previous filings I have used my full name, address and telephone number. One of the motions I filed was a motion to quash disputing jurisdiction and that I have no connections in any way shape or form in the District of Columbia.

BY SIGNING BELOW, I herby declare, certify, verify, and state, under penalty of perjury under the laws of the United States of American, that the foregoing is true and correct.

Date: October 25th, 2010                    *Michael Biller*_____, pro se

|          |                    |
|----------|--------------------|
| Name:    | Michael E. Biller  |
| Address: | 651 E Eagle Ln     |
| City, State, Zip | Gilbert, AZ 85296 |
| Phone Number: | 831 915 6723  |
| Email:   | coolguy1113@live.com |