Exhibit A

## DECLARATION OF LARRY COLLINS IN SUPPORT OF CONSOLIDATED MOTION TO QUASH AND MOTION TO DISMISS

1. I am Larry Collins, a customer of AT&T Internet Services ("AT&T") who received a letter from AT&T on or about September 24th, 2010 advising me that Cox would release my personal information associated with IP Address [REDACTED] to the Plaintiff in this action in response to Plaintiff's subpoena unless I filed a Motion to Quash by October 29th, 2010.

2. I am a not a resident of the District of Columbia;

3. I do not transact business in the District of Columbia;

4. I do not contract to supply services in the District of Columbia;

5. I have no interest in any real property located in the District of Columbia;

6. I do not use any real property located in the District of Columbia;

7. I have not contracted to insure or act as surety for or on any person, property, risk, contract obligation, or agreement located, executed or to be performed in the District of Columbia;

8. I do not solicit business in the District of Columbia;

I declare under the laws of the United States that the foregoing is true and correct.

Larry Collins
5165 Arquilla Drive
Richton Park, IL
60471
Phone: 312 213-0749

DATE: 10/29/10

"/s/ L. Collins"
Richton Park, IL
IP Address [REDACTED]