UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG V.<br>    Plaintiff,<br><br>v.<br><br><br>DOES 1-4,577<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:10-cv-00453-RMC<br>)<br>)<br>) [PROPOSED] ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

[PROPOSED] ORDER

Before this Court is the Motion of the Moving Defendants to quash and dismiss the Rule 45 subpoena that Plaintiff served seeking information on the Moving Defendants from AT&T. Upon review of the Motion and the entire record, it is ORDERED and the Motion is GRANTED and the subpoenas issued to AT&T pertaining to the Moving Defendant is QUASHED and the case DISMISSED against the Moving Defendant.

Date:_____

                                                                                        Rosemary M. Collyer
                                                                                        United States District Judge