**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ACHTE/NEUNTE BOLL KINO** )<br>**BETEILIGUNGS GMBH & CO KG** )<br>)<br>    **Plaintiff,** )<br>)<br>v.  )<br>)<br>**DOES 1 – 4,577** )<br>)<br>    **Defendants.** )<br>_____) | CA. No. 1:10-cv-00453-RMC |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S FURTHER MOTION FOR EXTENSION OF TIME TO NAME AND SERVE DEFENDANTS [Fed. R. Civ. P. 4(m)]**

The Court having considered Plaintiff's further motion for an extension of time to name and serve the Defendants pursuant to Federal Rules of Civil Procedure 4(m);

ORDERED, good cause having been shown, Plaintiff shall name and serve the Defendants no later than _____.

Dated: _____          _____
                                                                            Hon. Rosemary M. Collyer
                                                                            United States District Judge