| Host IP address | Hit Date (UTC) | Related Title | ISP |
|---|---|---|---|
| 71.232.110.89 | 4/3/10 11:27:20 PM | Far Cry | Comcast Cable Communications, Inc. |
| 68.58.154.168 | 3/25/10 01:52:46 AM | Far Cry | Comcast Cable Communications, Inc. |
| 76.181.251.207 | 3/21/10 10:13:37 PM | Far Cry | Road Runner HoldCo LLC |
| 97.102.223.250 | 3/21/10 09:35:23 PM | Far Cry | Road Runner HoldCo LLC |
| 174.100.9.185 | 3/21/10 12:44:03 AM | Far Cry | Road Runner HoldCo LLC |
| 71.71.46.133 | 3/19/10 03:45:46 PM | Far Cry | Road Runner HoldCo LLC |
| 66.61.10.210 | 3/19/10 01:09:06 AM | Far Cry | Road Runner HoldCo LLC |
| 70.112.72.85 | 3/19/10 12:29:12 AM | Far Cry | Road Runner HoldCo LLC |
| 72.190.42.193 | 3/19/10 12:00:52 AM | Far Cry | Road Runner HoldCo LLC |
| 68.204.107.235 | 3/18/10 10:38:24 AM | Far Cry | Road Runner HoldCo LLC |
| 98.27.143.82 | 3/18/10 06:08:13 AM | Far Cry | Road Runner HoldCo LLC |
| 174.96.60.72 | 3/18/10 04:32:43 AM | Far Cry | Road Runner HoldCo LLC |
| 68.202.9.69 | 3/18/10 01:43:37 AM | Far Cry | Road Runner HoldCo LLC |
| 67.248.52.169 | 3/18/10 01:39:11 AM | Far Cry | Road Runner HoldCo LLC |
| 68.206.246.243 | 3/17/10 03:16:32 AM | Far Cry | Road Runner HoldCo LLC |
| 67.48.230.220 | 3/17/10 12:58:42 AM | Far Cry | Road Runner HoldCo LLC |
| 174.100.104.34 | 3/16/10 03:59:07 AM | Far Cry | Road Runner HoldCo LLC |
| 71.77.75.105 | 3/15/10 08:54:20 PM | Far Cry | Road Runner HoldCo LLC |
| 68.174.0.98 | 3/15/10 07:52:08 PM | Far Cry | Road Runner HoldCo LLC |
| 71.79.39.66 | 3/14/10 04:53:52 AM | Far Cry | Road Runner HoldCo LLC |
| 65.191.208.211 | 3/14/10 01:00:10 AM | Far Cry | Road Runner HoldCo LLC |
| 67.241.247.145 | 3/13/10 08:28:22 PM | Far Cry | Road Runner HoldCo LLC |
| 75.80.34.129 | 3/12/10 09:26:28 AM | Far Cry | Road Runner HoldCo LLC |
| 97.104.58.168 | 3/12/10 04:09:15 AM | Far Cry | Road Runner HoldCo LLC |
| 72.188.213.18 | 3/11/10 02:11:47 PM | Far Cry | Road Runner HoldCo LLC |
| 76.87.47.162 | 3/11/10 07:39:18 AM | Far Cry | Road Runner HoldCo LLC |
| 72.181.161.225 | 3/10/10 06:52:12 AM | Far Cry | Road Runner HoldCo LLC |
| 98.149.21.155 | 3/9/10 11:05:41 PM | Far Cry | Road Runner HoldCo LLC |
| 68.205.226.157 | 3/9/10 01:58:51 AM | Far Cry | Road Runner HoldCo LLC |
| 69.204.76.112 | 3/8/10 07:50:57 PM | Far Cry | Road Runner HoldCo LLC |
| 76.178.194.129 | 3/8/10 07:43:47 PM | Far Cry | Road Runner HoldCo LLC |
| 70.95.84.34 | 3/8/10 02:36:52 PM | Far Cry | Road Runner HoldCo LLC |
| 70.127.146.172 | 3/8/10 12:14:52 AM | Far Cry | Road Runner HoldCo LLC |
| 76.185.19.163 | 3/7/10 01:09:01 PM | Far Cry | Road Runner HoldCo LLC |
| 72.224.128.196 | 3/6/10 12:09:52 AM | Far Cry | Road Runner HoldCo LLC |
| 98.154.56.24 | 3/5/10 08:51:46 PM | Far Cry | Road Runner HoldCo LLC |
| 24.39.142.218 | 3/5/10 03:47:41 AM | Far Cry | Road Runner HoldCo LLC |
| 70.126.29.79 | 3/4/10 02:27:36 PM | Far Cry | Road Runner HoldCo LLC |
| 76.172.125.119 | 3/4/10 07:21:13 AM | Far Cry | Road Runner HoldCo LLC |
| 174.103.233.25 | 3/4/10 01:41:53 AM | Far Cry | Road Runner HoldCo LLC |
| 76.172.173.182 | 3/3/10 02:28:37 AM | Far Cry | Road Runner HoldCo LLC |
| 90.45.235.79 | 3/2/10 11:04:13 PM | Far Cry | Road Runner HoldCo LLC |
| 79.107.161.64 | 3/2/10 08:47:00 PM | Far Cry | Road Runner HoldCo LLC |
| 121.45.149.235 | 3/2/10 10:46:56 AM | Far Cry | Road Runner HoldCo LLC |
| 75.176.53.198 | 3/2/10 09:22:47 AM | Far Cry | Road Runner HoldCo LLC |
| 66.74.135.150 | 3/2/10 03:20:15 AM | Far Cry | Road Runner HoldCo LLC |
| 74.69.77.54 | 3/2/10 12:42:27 AM | Far Cry | Road Runner HoldCo LLC |
| 76.83.206.248 | 3/1/10 04:44:14 AM | Far Cry | Road Runner HoldCo LLC |
| 66.8.158.174 | 3/1/10 04:03:59 AM | Far Cry | Road Runner HoldCo LLC |
| 66.74.74.97 | 2/28/10 11:36:28 PM | Far Cry | Road Runner HoldCo LLC |
| 24.213.189.114 | 2/28/10 10:07:49 PM | Far Cry | Road Runner HoldCo LLC |
| 66.57.229.201 | 2/28/10 04:38:38 AM | Far Cry | Road Runner HoldCo LLC |
| 68.200.118.219 | 2/27/10 12:03:50 AM | Far Cry | Road Runner HoldCo LLC |
| 98.24.223.146 | 2/26/10 03:57:44 PM | Far Cry | Road Runner HoldCo LLC |
| 98.145.92.133 | 2/25/10 11:28:07 AM | Far Cry | Road Runner HoldCo LLC |
| 76.173.236.112 | 2/25/10 02:20:52 AM | Far Cry | Road Runner HoldCo LLC |
| 98.149.3.75 | 2/24/10 12:30:04 AM | Far Cry | Road Runner HoldCo LLC |
| 98.28.14.220 | 2/23/10 01:34:31 AM | Far Cry | Road Runner HoldCo LLC |
| 70.92.236.158 | 2/21/10 10:36:37 PM | Far Cry | Road Runner HoldCo LLC |
| 75.83.38.221 | 2/21/10 08:21:48 PM | Far Cry | Road Runner HoldCo LLC |
| 98.149.184.254 | 2/21/10 06:14:35 PM | Far Cry | Road Runner HoldCo LLC |
| 69.207.120.53 | 2/21/10 06:02:02 PM | Far Cry | Road Runner HoldCo LLC |

| IP Address | Date/Time | Title | ISP |
|---|---|---|---|
| 66.26.112.245 | 2/20/10 05:56:25 PM | Far Cry | Road Runner HoldCo LLC |
| 76.168.227.175 | 2/20/10 05:35:52 AM | Far Cry | Road Runner HoldCo LLC |
| 72.184.153.101 | 2/19/10 10:34:51 PM | Far Cry | Road Runner HoldCo LLC |
| 65.30.142.228 | 2/19/10 09:22:30 PM | Far Cry | Road Runner HoldCo LLC |
| 174.102.79.99 | 2/19/10 08:30:37 PM | Far Cry | Road Runner HoldCo LLC |
| 70.121.131.253 | 2/19/10 06:23:45 PM | Far Cry | Road Runner HoldCo LLC |
| 173.170.144.80 | 2/19/10 05:45:35 PM | Far Cry | Road Runner HoldCo LLC |
| 74.65.67.92 | 2/19/10 11:58:11 AM | Far Cry | Road Runner HoldCo LLC |
| 76.173.187.29 | 2/19/10 11:37:20 AM | Far Cry | Road Runner HoldCo LLC |
| 98.30.216.91 | 2/18/10 10:42:06 PM | Far Cry | Road Runner HoldCo LLC |
| 69.203.143.160 | 2/18/10 05:09:21 AM | Far Cry | Road Runner HoldCo LLC |
| 97.106.255.31 | 2/16/10 02:26:19 PM | Far Cry | Road Runner HoldCo LLC |
| 75.80.81.25 | 2/16/10 04:21:50 AM | Far Cry | Road Runner HoldCo LLC |
| 98.154.89.82 | 2/16/10 12:00:40 AM | Far Cry | Road Runner HoldCo LLC |
| 70.122.112.57 | 2/15/10 10:00:19 PM | Far Cry | Road Runner HoldCo LLC |
| 68.202.122.206 | 2/15/10 06:51:07 PM | Far Cry | Road Runner HoldCo LLC |
| 24.164.79.92 | 2/15/10 07:55:07 AM | Far Cry | Road Runner HoldCo LLC |
| 65.26.32.50 | 2/15/10 05:26:08 AM | Far Cry | Road Runner HoldCo LLC |
| 97.104.126.116 | 2/15/10 05:07:50 AM | Far Cry | Road Runner HoldCo LLC |
| 66.65.36.147 | 2/15/10 01:02:15 AM | Far Cry | Road Runner HoldCo LLC |
| 71.42.254.51 | 2/15/10 12:35:30 AM | Far Cry | Road Runner HoldCo LLC |
| 72.187.119.77 | 2/14/10 08:09:38 PM | Far Cry | Road Runner HoldCo LLC |
| 97.106.10.122 | 2/14/10 12:04:32 AM | Far Cry | Road Runner HoldCo LLC |
| 69.133.102.89 | 2/13/10 05:34:44 AM | Far Cry | Road Runner HoldCo LLC |
| 98.157.12.59 | 2/13/10 01:01:32 AM | Far Cry | Road Runner HoldCo LLC |
| 74.71.126.22 | 2/12/10 07:39:39 AM | Far Cry | Road Runner HoldCo LLC |
| 98.149.18.246 | 2/12/10 06:18:33 AM | Far Cry | Road Runner HoldCo LLC |
| 98.145.225.129 | 2/12/10 05:24:56 AM | Far Cry | Road Runner HoldCo LLC |
| 69.133.84.7 | 2/11/10 09:54:11 AM | Far Cry | Road Runner HoldCo LLC |
| 76.174.78.180 | 2/11/10 05:49:12 AM | Far Cry | Road Runner HoldCo LLC |
| 97.103.59.161 | 2/10/10 06:43:24 AM | Far Cry | Road Runner HoldCo LLC |
| 72.188.154.177 | 2/10/10 01:17:51 AM | Far Cry | Road Runner HoldCo LLC |
| 76.88.159.215 | 2/10/10 01:10:22 AM | Far Cry | Road Runner HoldCo LLC |
| 24.199.198.141 | 2/9/10 11:54:09 PM | Far Cry | Road Runner HoldCo LLC |
| 69.76.192.4 | 2/9/10 06:22:09 PM | Far Cry | Road Runner HoldCo LLC |
| 76.185.154.120 | 2/9/10 05:18:36 PM | Far Cry | Road Runner HoldCo LLC |
| 65.190.21.191 | 2/8/10 10:11:57 PM | Far Cry | Road Runner HoldCo LLC |
| 70.60.62.162 | 2/8/10 04:33:01 AM | Far Cry | Road Runner HoldCo LLC |
| 71.74.238.216 | 2/8/10 01:09:08 AM | Far Cry | Road Runner HoldCo LLC |
| 98.30.122.228 | 2/7/10 07:55:08 PM | Far Cry | Road Runner HoldCo LLC |
| 70.117.252.254 | 2/5/10 06:48:04 AM | Far Cry | Road Runner HoldCo LLC |
| 66.27.181.94 | 2/4/10 08:05:24 PM | Far Cry | Road Runner HoldCo LLC |
| 76.178.192.114 | 2/4/10 03:38:37 AM | Far Cry | Road Runner HoldCo LLC |
| 97.106.248.196 | 2/4/10 12:02:36 AM | Far Cry | Road Runner HoldCo LLC |
| 65.191.198.34 | 2/3/10 10:52:48 PM | Far Cry | Road Runner HoldCo LLC |
| 74.79.72.151 | 2/3/10 07:50:09 AM | Far Cry | Road Runner HoldCo LLC |
| 173.171.93.23 | 2/3/10 03:34:08 AM | Far Cry | Road Runner HoldCo LLC |
| 66.74.15.162 | 2/2/10 10:00:54 PM | Far Cry | Road Runner HoldCo LLC |
| 72.130.237.137 | 2/1/10 02:16:11 AM | Far Cry | Road Runner HoldCo LLC |
| 70.60.21.108 | 1/31/10 07:04:33 AM | Far Cry | Road Runner HoldCo LLC |
| 71.77.13.16 | 1/31/10 03:36:14 AM | Far Cry | Road Runner HoldCo LLC |
| 72.177.150.223 | 1/30/10 07:14:30 AM | Far Cry | Road Runner HoldCo LLC |
| 66.91.109.205 | 1/29/10 04:08:33 PM | Far Cry | Road Runner HoldCo LLC |
| 173.89.144.9 | 1/29/10 06:32:05 AM | Far Cry | Road Runner HoldCo LLC |
| 65.188.46.206 | 1/28/10 01:39:26 PM | Far Cry | Road Runner HoldCo LLC |
| 204.210.138.100 | 1/28/10 04:29:53 AM | Far Cry | Road Runner HoldCo LLC |
| 76.89.73.147 | 1/27/10 06:42:29 PM | Far Cry | Road Runner HoldCo LLC |
| 76.185.63.13 | 1/27/10 04:33:34 PM | Far Cry | Road Runner HoldCo LLC |
| 76.175.69.29 | 1/27/10 02:16:35 PM | Far Cry | Road Runner HoldCo LLC |
| 98.148.158.119 | 1/27/10 12:52:14 PM | Far Cry | Road Runner HoldCo LLC |
| 69.133.156.92 | 1/27/10 03:52:18 AM | Far Cry | Road Runner HoldCo LLC |
| 24.74.77.127 | 1/26/10 03:57:41 AM | Far Cry | Road Runner HoldCo LLC |
| 76.186.163.104 | 1/25/10 08:08:46 AM | Far Cry | Road Runner HoldCo LLC |

| | | | |
|---|---|---|---|
| 68.202.90.100 | 1/25/10 06:01:33 AM | Far Cry | Road Runner HoldCo LLC |
| 97.102.102.207 | 1/25/10 03:18:59 AM | Far Cry | Road Runner HoldCo LLC |
| 72.129.73.65 | 1/25/10 01:48:13 AM | Far Cry | Road Runner HoldCo LLC |
| 76.181.19.96 | 1/25/10 12:29:22 AM | Far Cry | Road Runner HoldCo LLC |
| 76.91.149.125 | 1/25/10 12:26:04 AM | Far Cry | Road Runner HoldCo LLC |
| 70.123.199.151 | 1/24/10 06:21:51 PM | Far Cry | Road Runner HoldCo LLC |
| 173.89.44.69 | 1/24/10 08:56:18 AM | Far Cry | Road Runner HoldCo LLC |
| 24.242.106.51 | 1/23/10 09:35:44 PM | Far Cry | Road Runner HoldCo LLC |
| 65.33.23.167 | 1/23/10 03:47:58 AM | Far Cry | Road Runner HoldCo LLC |
| 65.25.206.18 | 1/22/10 02:46:44 AM | Far Cry | Road Runner HoldCo LLC |
| 68.205.25.208 | 1/21/10 04:39:16 AM | Far Cry | Road Runner HoldCo LLC |
| 98.24.210.255 | 1/21/10 01:12:29 AM | Far Cry | Road Runner HoldCo LLC |
| 174.101.56.2 | 1/20/10 04:23:25 AM | Far Cry | Road Runner HoldCo LLC |
| 173.170.8.108 | 1/20/10 03:46:33 AM | Far Cry | Road Runner HoldCo LLC |