**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

FRANKLIN JOHNSON
2065 Nash
Apartment 402
Council Bluffs, IA

NIXIE     581   CC  1       84  11/15/10
       RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
      UNABLE TO FORWARD

BC: 20001280299          *1031-04913-08-40

U.S. POSTAGE $00.44  NOV 08 2010
MAILED FROM ZIP CODE 20001