UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO. KG,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-453 (RMC) |
| **ADRIENNE NEAL AND DOES 1 - 139,** | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Plaintiff Achte/Neunte Boll Kino Beteiligungs GmbH & Co. KG brought this suit against 4,577 persons who allegedly copied and distributed its motion picture, *Far Cry*, over the Internet. It then issued subpoenas to various Internet Service Providers to identify such persons, known only by their Internet Protocol ("IP") addresses. On December 6, 2010, Plaintiff filed a Notice of Filing Second Amended Complaint and Notice of Voluntary Dismissal of Certain Doe Defendants as well as a Second Amended Complaint, naming as defendants Adrienne Neal and 139 Does. *See* Notice [Dkt. # 144]; Second Am. Compl. [Dkt. # 145]. Accordingly, it is hereby

**ORDERED** that Plaintiff's notice of voluntary dismissal of numerous Does is **APPROVED**; and it is

**FURTHER ORDERED** that all those Does whom Plaintiff has not specifically named or identified by IP address in the Second Amended Complaint, including all those individuals who have thus far entered the case as Interested Parties, are hereby **DISMISSED** without prejudice. Those dismissed without prejudice include the following individuals listed on the docket as

Interested Parties: Randy Ansell, William J. Wright, Elise Buel, Hannah M. Bull, Oleg Udud, Kenneth A. Edmunds, Nathan Killian, Michael E. Biller, Donald Mealey, Bounheuane Houanguilay, Michelle P. Felix, Reynald Bozil, Robert Hubbard, John Kilgore, Dorothy L. Jacobs, Marie C. Moissonnier, Keith Lenhart, Talal Barghouthi, Kaley M. Twyford, Ernie Mitchell, Meisha Escoffery, Brandon L. Conrad, Phillip Earl Poorman, Galileo P. Sapitan, Pete A. Fearnley, Sandra Mouat, Marina Fletcher, Samir El-Gindi, Bernard Oh, Louis Nuyens, Hafez Modi, Nickolas Wayne Sullivan, James Herald, Randy Cobb, Anthony DeMarco, Joseph J. Mauer, Jr., Chris Widmer, Keenan Conrad, Mary Wright, David La, Dawn Owen, Mark Chabotte, Mark Wannamaker, Kevin Noun, Taunnia Bockmeir, Dennis Rivera, Michelle Sutton, C. Bruce Trzcinski, Robert Scott Mason, Eric Fischer, John Dunn, Jimmy Hutton, Luis Rasmussen, Art Mullen, Peter Anderson, Jessica Burke, Steven Demanett, Jerry Joseph, David Lyons, Ivan Sushchik, Terry White, Kirk Larson, John Schlaerth, Franklin Johnson, Jeffrey P. Cook, Jeffery Colter Wallace, Holly A. Dam, Larry Collins, Betty Young, and Graciela N. Vargas. These Interested Parties are hereby notified that they have not been named as defendants in this case and they are not required to respond to the Second Amended Complaint; and it is

**FURTHER ORDERED** that all currently pending motions filed by Interested Parties are **DENIED** as moot.

**SO ORDERED**.

Date: December 14, 2010              /s/
                                     ROSEMARY M. COLLYER
                                     United States District Judge