Adrienne D. Neal
818 51st Street, SE
Washington, DC 20019

Tuesday, April 12, 2011

<u>VIA FIRST CLASS CERTIFIED MAIL</u>
District Jude Rosemary Collyer
333 Constitution Avenue, NW
Washington, DC 20001

Nicholas A. Kurtz, Esq., on behalf of
Dunlap, Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, VA 20175



**<u>COPYRIGHT INFRINGEMENT OF *FAR CRY* – MOTION TO DISMISS DEFAULT RULING</u>**
U.S. Federal District Court for the District of Columbia
Civil Action No. <u>1:100-cv-00453-RMC</u>
Plaintiff: <u>Boll AG</u>

To Judge Collyer:

I would like to file a motion to dismiss the default ruling on this case based upon the fact that I never received the court issued summons on December 29, 2010. It is my understanding that a default ruling is allowed when the defendant fails to respond to a court summons. I contend that I never received the court summons, nor was the summons delivered to anyone that I know or with whom I reside. Therefore, without actually receiving the summons, it would be inaccurate for the court to proceed in a default ruling.

The case docket contains document #156, an affidavit of service, claiming that the summons was served to a Jay Harrison. In this affidavit, Jay Harrison is claimed to be a resident of 818 51st Street, SE Washington, DC 20019. However, I do not know anyone by the name of Jay Harrison. Jay Harrison does not live in my household. The only other person living in my house is my mother, Frances Neal. To support this information, I have included a copy of a reverse address look up conducted over the Internet. This report only lists two people: my name and that of my mother's.

Along with this look up report, I have attached a copy of the address pages from official bank statements addressed to my mother, Frances Neal. I have also included the look up report for the name Jay Harrison in Washington, DC. This report does not list any individual by that name claiming to live at my address.

From my understanding of the court documents I have read, a default ruling is justified when the defendant has been served and has failed to respond. The summons in this case was not delivered to me, nor was it delivered to anyone living in my household or to an individual I know. I do no know anyone by the name of Jay Harrison, I do not have any relation to anyone named Jay Harrison, nor is there any record of proof that a person by that name lives in my household. <u>The private process server listed in the affidavit of service did not personally serve me has been repeatedly stated by the plaintiff's representation and recent motion to strike my letter from the docket dated February 24, 2011</u>. If I was never in receipt of the summons issued on December 29, 2010, it is not appropriate to have a default ruling on a case in which, I, Adrienne Neal, the defendant was not properly served. Therefore, I would like to move that the default ruling in this case be dismissed.

Respectfully submitted by,

*[signature]*
Adrienne D. Neal
encl

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Achte/Neunte Boll Kino Beteiligungs GMBH & Co. KG )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>Adrienne Neal, et al. )<br>)<br>)<br>Defendant(s) ) | Case No.: 1:10-cv-00453 RMC |

### AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case. I am over eighteen years of age and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons and Second Amended Complaint for Copyright Infringement with Exhibit A

SERVE TO: Adrienne Neal
SERVICE ADDRESS: 818 51st Street, SE, Washington, DC 20019

DATE SERVED: December 29, 2010   TIME SERVED: 8:15 AM
PERSON SERVED: Jay Harrison, housemate of Adrienne Neal, a person of suitable age and discretion who stated that he/she resides therein with Adrienne Neal.

Jay Harrison is described herein as:
Gender: Male   Race/Skin: Black   Hair: Black   Age: 39   Height: 5'10"   Weight: 200

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

12-29-10
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID. 10-051724                                                                                Client Reference: 4792-2010096 (Boll XG)
CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050

# WhitePages

2 Results for

## in Washington, DC

See in map »
**Or search:**

- **51st** in Washington, DC |
- Statewide

1. You?
   Claim & edit »
2. **Adrienne D Neal**
   (Age 35-39)
3. **51st St SE
   Washington, DC**
4. **Associated people:**
   Frances R Neal
   + more...

See full listing »

1. You?
   Claim & edit »
2. **Frances R Neal**
   (Age 60-64)
3. **51st St SE
   Washington, DC**
4. **Associated people:**
   Adrienne D Neal
   + more...

See full listing »



**HOYA FEDERAL CREDIT UNION**
3700 RESERVOIR RD. N.W
WASHINGTON, DC 20007
RETURN SERVICE REQUESTED

FIRS
P
U.S
LAS

,FRANCES R NEAL
818 51ST ST. SE
WASHINGTON, DC 20019

BGFGL11  20019



**WACHOVIA**
Regional Servicenter R4057-016
Post Office Box 40031
Roanoke, VA  24022-0031

PRESORTED
FIRST CLASS

US



00012026 01 AV  0.335 01   5DG 32
FRANCES R NEAL
818 51ST ST SE
WASHINGTON DC  20019-5831        P



CCB-G51    20019

# WhitePages

*15* Results for

## Jay Harrison in Washington, DC

See in map »
**Or search:**

- Last name only |
- Metro area

1. You?
   Claim & edit »
2. **Jay V Harrison**
   (Age 55-59)
3. **Chaplin St SE
   Washington, DC**
4. **Associated people:**
   Dolores E Harrison
   + more...

See full listing »

1. You?
   Claim & edit »
2. **Jay Harrison**
   Vice President @
   Conceptdesign of Maryland
3. **Foundry St
   Savage, MD**
4. 

See full listing »

1. You?
   Claim & edit »
2. **Jay W Harrison**
   (Age 35-39)
3. **New Country Ln
   Columbia, MD**
4. **Associated people:**
   Leigh Harrison
   Katherine L Harrison
   + more...

See full listing »

1. You?
   Claim & edit »
2. **Jay S Harrison**
   (Age 50-54)

3. **Day View Dr
   Woodbine, MD**
4. **Associated people:**
   Denise C Poole
   + more...

See full listing »

1. You?
   Claim & edit »
2. **Ja Harrison**
3. **Starboard Dr
   District Heights, MD**
4. **Associated people:**
   unknown

See full listing »

1. You?
   Claim & edit »
2. **Ji R Harrison**
   (Age 40-44)
3. **Americana Dr
   Annandale, VA**
4. **Associated people:**
   unknown

See full listing »

1. You?
   Claim & edit »
2. **Jo A Harrison**
   (Age 50-54)
3. **Wandering Oak Way
   Beltsville, MD**
4. **Associated people:**
   Thomas H Harrison
   + more...

See full listing »

1. You?
   Claim & edit »
2. **Joe C Harrison**
3. **Pelfrey Ln
   Fairfax, VA**
4. **Associated people:**
   Nora L Harrison
   Patricia J Harrison
   + more...

See full listing »

1. You?
   Claim & edit »
2. **Joe C Harrison**
   (Age 65+)
3. **Majestic Ln
   Fairfax, VA**
4. **Associated people:**
   Patricia K Harrison
   + more...

See full listing »

1. You?
   Claim & edit »
2. **Joey Harrison**
3. **Killington Ct
   White Plains, MD**
   **Prior:** Clinton, MD
   Click to see more
4. **Associated people:**
   unknown

See full listing »