**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG, </br></br> Plaintiff, </br></br> v. </br></br> ADRIENNE NEAL; and DOES 1 – 139, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) CA. 1:10-cv-00453-RMC </br> ) </br> ) </br> ) </br> ) </br> ) |

### NOTICE OF CHANGE OF ADDRESS

TO THE COURT AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the address for Plaintiff's counsel has changed. The new contact information for Plaintiff's counsel is as follows:

>DUNLAP, GRUBB & WEAVER, PLLC
>5335 Wisconsin Avenue NW, Suite 440
>Washington, D.C. 20015-2052
>Telephone: 202-316-8558
>Facsimile: 202-318-0242

DATED:  November 3, 2011

>Respectfully Submitted,
>ACHTE/NEUNTE BOLL KINO BETEILIGUNGS
>GMBH & CO KG
>
>By:   /s/
>Thomas M. Dunlap (D.C. Bar # 471319)
>Nicholas A. Kurtz (D.C. Bar # 980091)
>DUNLAP, GRUBB & WEAVER, PLLC
>5335 Wisconsin Avenue NW, Suite 440
>Washington, D.C. 20015-2052
>Telephone: 202-316-8558
>Facsimile: 202-318-0242
>tdunlap@dglegal.com
>nkurtz@dglegal.com
>*Attorneys for the Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2011, a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS was sent via first-class mail to the following:

Adrienne Neal
818 51st St., SE
Washington, DC 20019

                                                /s/ Nick Kurtz
                                                Nicholas A. Kurtz